| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **XtraLight Manufacturing, Ltd.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FDBA  Xtra Light Manufacturing Partnership Ltd.<br>FDBA  X-tra Light Manufacturing, Inc.<br>DBA  Utility Metering Solutions |
| 3. | Debtor's federal Employer Identification Number (EIN) | 76-0358892 |

| 4. | Debtor's address | **Principal place of business**<br><br>8812 Frey Road<br>Houston, TX 77034<br>Number, Street, City, State & ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | Debtor's website (URL) | www.xtralight.com | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor __XtraLight Manufacturing, Ltd._____  Case number (*if known*) _____
       Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __3353__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor **XtraLight Manufacturing, Ltd.**  Case number (*if known*) _____
  Name

### 11. Why is the case filed in this district?

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

- [x] No
- [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

- [ ] 1-49
- [ ] 50-99
- [x] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

### 15. Estimated Assets

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor   **XtraLight Manufacturing, Ltd.**
       Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2018**
              MM / DD / YYYY

X  /s/ Jerry Caroom
   Signature of authorized representative of debtor

   **Jerry Caroom**
   Printed name

Title  **President and Manager of XLM Management, LLC, Debtor's General Partner**

**18. Signature of attorney**

X  /s/ Deirdre Carey Brown
   Signature of attorney for debtor

Date  **April 11, 2018**
      MM / DD / YYYY

**Deirdre Carey Brown**
Printed name

**Hoover Slovacek LLP**
Firm name

**5051 Westheimer
Suite 1200
Houston, TX 77056**
Number, Street, City, State & ZIP Code

Contact phone  **713.977.8686**    Email address  **brown@hooverslovacek.com**

**24049116 TX**
Bar number and State

## WRITTEN CONSENT OF THE SOLE DIRECTOR OF THE GENERAL PARTNER OF XTRALIGHT MANUFACTURING, LTD.

The undersigned, being the Sole Director and Manager of XLM Management, LLC, a Texas limited liability company, the General Partner of XtraLight Manufacturing, Ltd., a Texas limited partnership (the "Partnership"), and pursuant to the provisions of the Texas statutes, hereby consents to the adoption by the General Partner of the Partnership of the following resolutions and to the action authorized in such resolutions being taken by the General Partner in lieu of a meeting thereof:

    **RESOLVED**, that the Partnership should reorganize by filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas;

    **RESOLVED**, that Jerry Caroom, Director and Manager of XLM Management, LLC, the General Partner of the Partnership, is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case"), and to prepare or cause to be prepared all other documents, pleadings and other others instruments necessary to prosecute the Bankruptcy Case;

    **RESOLVED**, that the Partnership is authorized and directed to employ and retain the firm of Hoover Slovacek LLP, Attorneys at Law, to represent the Partnership in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the General Partner to be appropriate; and

    **RESOLVED FURTHER**, that any and all actions taken by the General Partner of this Partnership, for and on behalf and in the name of this Partnership, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

The undersigned, being the General Partner of the Partnership hereby consents to the foregoing effective the 11th day of April, 2018.

                  **XTRALIGHT MANUFACTURING, LTD**

            By:    XLM Management, LLC, its General Partner

                  By: _[signature]_
                          Jerry Caroom
                          Manager and President

Limited Partner:

By: _____
Jerry Cargom, Individually

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | XtraLight Manufacturing, Ltd. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim * |
| ALMECO USA<br>1610 SPECTRUM DR.<br>LAWRENCEVILLE, GA 30043 | MELINDA HUGUET<br>accounting@almeco.com<br>770-449-3454 x105 | | | | | $42,448.70 |
| ARROW ELECTRONICS<br>2901 WILCREST, SUITE 120<br>HOUSTON, TX 77042 | CHERI LUJAN<br>cheri.lujan@arrow.com | | | | | $14,920.00 |
| BRIOS MEDIA<br>715 WILDFLOWER RIDGE RD<br>WAKE FOREST, NC 27587 | info@briosmedia.com<br>919-295-3443 | | | | | $10,000.00 |
| CASNER & EDWARDS<br>303 CONGRESS STREET<br>BOSTON, MA 02210 | info@casneredwards.com<br>617-426-5900 | | | | | $59,143.02 |
| CORPORATE UNICORN LIMITED<br>EDF. COMERCIAL SI TOI J8<br>AVENIDA DA PRAIA GRANDE NO.619<br>MACAU | BELLA<br>bella@thrivevalue.com | | | | | $89,828.80 |
| CUSTOM ALUMINUM PRODUCTS,INC.<br>500 DIVISION STREET<br>SOUTH ELGIN, IL 60177 | NANCY MCGOWAN<br>nmcgowan@custom-aluminum.com<br>847-717-5000 | | | | | $8,699.87 |

*Amounts as of February 28, 2018

Debtor  **XtraLight Manufacturing, Ltd.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim – Total claim, if partially secured | Amount of claim – Deduction for value of collateral or setoff | Amount of claim – Unsecured claim |
|---|---|---|---|---|---|---|
| EXCERGY<br>3773 CHERRY CREEK NORTH DRIVE<br>SUITE 575<br>DENVER, CO 80209 | info@excergy.com<br>720-316-7006 | | | | | $8,750.00 |
| FUTURE ELECTRONICS<br>11451 KATY FRWY<br>SUITE 201<br>HOUSTON, TX 77079 | GEORGE LIVINGSTONE<br><br>George.Livingstone@FutureElectronics.com<br>978-779-3989 | | | | | $229,064.97 |
| GE LIGHTING<br>P O BOX 846298<br>DALLAS, TX 75284-6298 | MONIKA DELOS SANTOS<br><br>monikairisdelos.santos@ge.com<br>904-362-9118 | | | | | $10,306.90 |
| GI CIRCUITS, INC.<br>10850 S. WILCREST DRIVE<br>SUITE 100<br>HOUSTON, TX 77099 | JANE XU<br><br>jane1129@gicircuits.com<br>832-886-4997 | | | | | $46,727.30 |
| INTEGRITY PLUMBING<br>12018 REATA<br>RICHMOND, TX 77469 | 713-828-9028 | | | | | $18,620.00 |
| INVENTRONICS USA, INC.<br>2825 S. TULSA AVENUE<br>OKLAHOMA CITY, OK 73108 | MADISON JORDAN<br><br>accounting@inventronics.com<br>405-600-7480 | | | | | $8,346.87 |
| KEELING COMPANY<br>6615 THEALL RD<br>HOUSTON, TX 77066 | 832-446-6277 | | | | | $93,285.12 |
| PEXCO, LLC - PHILADELPHIA<br>P O BOX 532180<br>ATLANTA, GA 30353-2180 | TONEY BURGAN<br><br>Toney.Burgan@pexco.com<br>770-777-8546 | | | | | $15,419.52 |
| PHILIPS LIGHTING<br>P O BOX 100194<br>ATLANTA, GA 30384 | | | | | | $7,606.28 |

Debtor   **XtraLight Manufacturing, Ltd.**                                   Case number *(if known)*
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PHILIPS LIGHTING ELECTRONICS<br>PO BOX 100332<br>ATLANTA, GA 30384-0978 | MICHELLE CAMPOS<br><br>michelle.campos@lighting.com<br>844-763-5799 x 47118 | | | | | $35,600.00 |
| SANDEE MANUFACTURING<br>10520 WAVELAND AVENUE<br>FRANKLIN PARK, IL 60131 | ERIN MCLEOD<br><br>emcleod@sandeeplastics.com<br>847-671-1335 x 223 | | | | | $9,242.00 |
| STRICTLY ELECTRICAL SOLUTIONS, LLC<br>3603 COFFEE<br>PASADENA, TX 77505 | KARL MCCLELLAN<br><br>281-705-2179 | | | | | $15,000.00 |
| SUPER ROOTER INC.<br>302 SE WALLACE TERR<br>PORT ST LUCIE, FL 34983 | 772-370-4280 | | | | | $15,000.00 |
| WATER ENERGY ACCOUNTS PAYABLE<br>9741 TAPPENBECK DRIVE<br>HOUSTON, TX 77055 | 713-464-2580 | | | | | $18,187.00 |

# United States Bankruptcy Court
## Southern District of Texas

In re    **XtraLight Manufacturing, Ltd.**      Case No. _____
                                Debtor(s)          Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JERRY CAROOM<br>8812 FREY ROAD<br>HOUSTON, TX 77034 | | 99% | Limited Partner |
| XLM MANAGEMENT, LLC<br>8812 FREY ROAD<br>HOUSTON, TX 77034 | | 1% | General Partner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President and Manager of XLM Management, LLC, Debtor's GP** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 11, 2018**           Signature   /s/ Jerry Caroom
                                                                      Jerry Caroom

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.