**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re:** § <br> § <br> § <br> **XTRALIGHT MANUFACTURING, LTD.** §    Case No. 18-31857-H1-11 <br>              **Debtor.** § <br> § | |

**NOTICE OF DESIGNATION AS COMPLEX
CHAPTER 11 BANKRUPTCY CASE**

     This bankruptcy case was filed on April 11, 2018. The undersigned party in interest believes that this case qualifies as a complex Chapter 11 case because:

    __X__     The debtor has total debt of more than $10 million;

    __X__     There are more than 50 parties in interest in these cases;

    ____     Claims against the debtor are publicly traded;

    ____     Other: (Substantial explanation is required. Attach additional sheets if necessary.)

Dated: April 11, 2018

                                 Respectfully submitted,

                                 HOOVER SLOVACEK LLP

                                 By:    */s/ Melissa A. Haselden*
                                          MELISSA A. HASELDEN
                                          State Bar No. 00794778
                                          haselden@hooverslovacek.com
                                          5051 Westheimer, Suite 1200
                                          Houston, Texas 77056
                                          Telephone: 713.977.8686
                                          Facsimile: 713.977.5395

**OF COUNSEL:**
HOOVER SLOVACEK LLP
Edward L. Rothberg
State Bar No. 17313990
rothberg@hooverslovacek.com
Deirdre Brown
State Bar No. 24049116
brown@hooverslovacek.com
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395

PROPOSED ATTORNEYS FOR DEBTORS and
DEBTORS IN POSSESSION