**Fill in this information to identify the case:**

Debtor name   **XtraLight Manufacturing, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   18-31857-H1-11

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*..............................................................................................   $ _____0.00_

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................................   $ _____9,163,065.08_

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*..............................................................................................   $ _____9,163,065.08*_

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ _____5,053,412.00_

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................   $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ _____16,681,672.98_

4.   Total liabilities ...................................................................................................................
Lines 2 + 3a + 3b                                                                                           $ _____21,735,084.98_

*The Debtor's Lighting Division is estimated to be valued at over $18 Million and total company value exceeds $20 Million.

**Fill in this information to identify the case:**

Debtor name   **XtraLight Manufacturing, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-31857-H1-11**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

| 2. | Cash on hand | | | **$600.00** |
| --- | --- | --- | --- | --- |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Comerica Bank (as of 3/31/2018) | Checking | 7694 | $22,714.00 |
| 3.2. | BBVA Compass Bank (as of 4/11/2018) | Checking | 9152 | $95,523.95 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$118,837.95

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **XtraLight Manufacturing, Ltd.**                     Case number *(If known)*  **18-31857-H1-11**
         Name

| | | |
|---|---|---:|
| 8.1. | **Blue Cross Blue Shield** | $20,400.00 |
| 8.2. | **Grand Prairie Amortization** | $125,548.42 |
| 8.3. | **Castle Pines Bond** | $3,050.00 |
| 8.4. | **Castle Pines rent** | $2,474.19 |
| 8.5. | **Castle Pines Supplies** | $1,451.39 |
| 8.6. | **Oakland Park rent** | $2,514.51 |
| 8.7. | **Auburndale** | $65.40 |
| 8.8. | **Blue Cross Blue Shield (Manufacturing Division)** | $25,100.00 |
| 8.9. | **Mike Arnold (Manufacturing Division)** | $19,000.00 |

9.   **Total of Part 2.**                                                                      | $199,603.91 |
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        **1,790,694.68**   -   **9,100.00**   = ....   $1,781,594.68
                          face amount                doubtful or uncollectible accounts

11a. 90 days old or less:        **2,304,092.24**   -   **0.00**   = ....   $2,304,092.24
                          face amount                doubtful or uncollectible accounts

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor   **XtraLight Manufacturing, Ltd.**                    Case number *(If known)*  **18-31857-H1-11**
         Name

| 12. | **Total of Part 3.** | $4,085,686.92 |
|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 14.1. | Fidelity Investment Account xxxx4062 (as of 3/31/2018) |  | $217,953.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 17. | **Total of Part 4.** | $217,953.00 |
|---|---|---|

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Raw materials |  | $0.00 |  | $2,135,217.00 |
| 20. | **Work in progress**<br>Work in progress | 1/2/2018 | $0.00 |  | $30,657.00 |
| 21. | **Finished goods, including goods held for resale**<br>Finished Goods |  | $0.00 |  | $210,239.00 |

22. **Other inventory or supplies**

| 23. | **Total of Part 5.** | $2,376,113.00 |
|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number *(If known)* | 18-31857-H1-11 |
|---|---|---|---|
| | Name | | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Computers - See Fixed Asset Schedule attached as Exhibit B39.**<br>**Manufacturing Division $2,467**<br>**UMS Division  $2,088** | $4,555.00 | | $4,555.00 |
| | **Furniture & Fixtures - See Fixed Asset Schedule attached as Exhibit B39.**<br>**Manufacturing Division: $24,866**<br>**UMS Division: $14,777** | $39,643.00 | | $39,643.00 |
| 40. | **Office fixtures**<br>**Leasehold Improvements - See Fixed Asset Schedule attached as Exhibit B39.**<br>**Manufacturing Division** | $147,118.00 | | $147,118.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software - See Fixed Asset Schedule attached as Exhibit B39.**<br>**Manufacturing Division: $23,345**<br>**UMS Division: $45,756** | $69,101.00 | | $69,101.00 |
| | **Trimble Units -See Fixed Asset Schedule attached as Exhibit B39.**<br>**UMS Division** | $244,727.00 | | $244,727.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# XLM Fixed Asset Register

Today's Date:  4/11/2018

**EXHIBIT B-34**

| Category Description | Date Acquired | Asset Description | Asset Life (yrs) | Cost | State | Sold | Fully Deprec Date | 2016 Acc Depr | 2016 NBV | 2017 Acc Dep | 2017 NBV | 2018 Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computers | 12/01/2006 | Server - Exchange Server / Email | 3 | 3,200.00 | Texas | No | 12/30/2009 | (3,200.00) | | (3,200.00) | | | | |
| Computers | 11/2/2007 | Dell Server | 3 | 4,170.85 | Texas | No | 11/1/2010 | (4,170.85) | | (4,170.85) | | | | |
| Computers | 11/2/2007 | Dell Server | 3 | 3,473.39 | Texas | No | 11/1/2010 | (3,473.39) | | (3,473.39) | | | | |
| Computers | 6/26/2008 | HP color LaserJet 5550 DTN Printer U | 3 | 4,453.81 | Texas | No | 6/25/2013 | (4,453.81) | | (4,453.81) | | | | |
| Computers | 10/27/2011 | Touch LCD Screen (FusionPage Interactive) | 5 | 5,000.00 | Texas | No | 10/26/2016 | (5,000.00) | 0.00 | (5,000.00) | (0.00) | | | |
| Computers | 6/14/2011 | Dell Hardware PowerVault M33320i | 5 | 9,800.95 | Texas | No | 6/12/2016 | (9,800.94) | 0.00 | (9,800.94) | 0.01 | | | |
| Computers | 9/20/2011 | Fusioncctng - Touch Screen | 5 | 9,400.00 | Texas | No | 9/24/2016 | (9,400.00) | 0.00 | (9,400.00) | 0.00 | | | |
| Computers | 10/27/2011 | Video Conference | 5 | 3,452.34 | Texas | No | 10/25/2016 | (3,452.34) | 0.00 | (3,452.34) | (0.00) | | | |
| Computers | 10/27/2011 | Niagar Switches | 5 | 1,916.43 | Texas | No | 10/25/2016 | (1,916.44) | (0.00) | (1,916.44) | (0.01) | | | |
| Computers | 11/17/2011 | 2 DELL Hardware PowerEdge R610 ($3,605) | 5 | 7,210.00 | Texas | No | 11/15/2016 | (7,210.00) | 0.00 | (7,210.00) | (0.00) | | | |
| Computers | 12/30/2011 | XEROX Printer | 5 | 2,569.91 | Texas | No | 12/28/2016 | (2,569.91) | 0.00 | (2,569.91) | (0.00) | | | |
| Computers | 2/29/2012 | Bad McNeill AMEX | 5 | 5,303.00 | Texas | No | 2/27/2017 | (5,131.05) | 171.95 | (5,303.00) | 0.00 | | | |
| Computers | 3/22/2012 | Alarm System | 5 | 2,154.00 | Texas | No | 3/22/2017 | (2,057.02) | 96.98 | (2,154.00) | 0.00 | | | |
| Computers | 4/24/2012 | Mini PC for Transparent Screen: Workstation # 004 | 3 | 5,530.00 | Texas | No | 4/24/2015 | (5,530.00) | (0.00) | (5,530.00) | (0.00) | | | |
| Computers | 2/11/2013 | Secure Vigil (Network Cameras) | 3 | 6,728.27 | Texas | No | 2/11/2016 | (6,728.27) | (0.00) | (6,728.27) | (0.00) | | | |
| Computers | 10/25/2013 | Video Conference from Cay Capital | 3 | 2,028.87 | Texas | No | 10/24/2016 | (2,028.87) | 0.00 | (2,028.87) | (0.00) | | | |
| Computers | 2/11/2013 | August Printer & Equipment | 3 | 25,545.00 | Arkansas | No | 2/10/2016 | (25,545.00) | 0.00 | (25,545.00) | (0.00) | | | |
| Computers | 11/26/2013 | Crestron Electronics Inv# 95391213 / 1214 (Bldg Automation) | 3 | 25,255.00 | Texas | No | 11/25/2016 | (25,255.00) | 0.00 | (25,255.00) | (0.00) | | | |
| Computers | 5/17/2011 | Sony Laptop, Jerry | 3 | 3,749.95 | Arkansas | No | 5/15/2016 | (3,749.95) | 0.00 | (3,749.95) | (0.00) | | | |
| Computers | 8/29/2014 | Spectronic (IT equipment for his spring house) | 3 | 12,002.51 | Arkansas | No | 8/28/2017 | (8,056.93) | 3,965.58 | (12,002.51) | 0.00 | | | |
| Computers | 10/6/2011 | Crestron DM-MD8X8 | 3 | 14,103.00 | Texas | No | 10/5/2014 | (6,151.31) | 7,951.69 | (10,852.31) | 3,250.69 | (391.75) | (391.75) | (391.75) |
| Computers | 8/1/2014 | Sincitronic Dallas office IT equipment | 3 | 73,257.71 | Florida | No | 7/31/2017 | (56,978.22) | 16,279.49 | (73,257.71) | 0.00 | | | |
| **Subtotal Computers** | | | | **230,304.99** | | | | **(201,899.31)** | **28,405.68** | | | | | |
| Total Computers-Sold | | | | | | | | | | | | | | |
| Adjustment to Global Shop | | | | | | | | | | | | | | |
| Total Written Off | | | | | | | | | | | | | | |
| **Total Computers** | | | | **230,304.99** | | | | **(201,899.31)** | **28,405.68** | | | (391.75) | (391.75) | (391.75) |
| | | *Agrees GL 12/31* | | | | | | | | | | | | |
| Computer Software | 11/2/2007 | VM Ware-Software | 3 | 4,499.95 | Texas | No | 11/1/2010 | (4,499.95) | | (4,499.95) | | | | |
| Computer Software | 2/10/2011 | Consulting & Development Services (FusionPage Interactive) | 3 | 10,000.00 | Texas | No | 2/9/2014 | (10,000.00) | 0.00 | (10,000.00) | 0.00 | | | |
| Computer Software | 2/10/2011 | Microsoft Software (PCPC Direct, Inc) | 3 | 15,512.00 | Texas | No | 2/9/2014 | (15,512.00) | 0.00 | (15,512.00) | 0.00 | | | |
| Computer Software | 8/18/2011 | ADOBE PDF | 3 | 4,139.00 | Texas | No | 8/17/2014 | (4,139.00) | | (4,139.00) | | | | |
| Computer Software | 9/8/2011 | ADOBE Master Collection | 3 | 2,278.22 | Texas | No | 8/17/2014 | (2,278.22) | | (2,278.22) | | | | |
| Computer Software | 9/8/2011 | PCPC Direct | 3 | 1,680.00 | Texas | No | 8/31/2014 | (1,680.00) | | (1,680.00) | | | | |
| Computer Software | 10/29/2011 | Global Shop Licenses | 3 | 3,459.00 | Texas | No | 10/27/2014 | (3,459.00) | (0.00) | (3,459.00) | (0.00) | | | |
| Computer Software | 10/28/2011 | PCPC Direct | 3 | 4,709.00 | Texas | No | 10/27/2014 | (4,709.00) | 0.00 | (4,709.00) | (0.00) | | | |
| Computer Software | 12/30/2011 | Consulting, Design & Development Services | 3 | 6,000.00 | Texas | No | 12/29/2014 | (6,000.00) | 0.00 | (6,000.00) | 0.00 | | | |
| Computer Software | 4/11/2012 | Global Shop Solutions | 3 | 2,484.00 | Texas | No | 4/11/2015 | (2,484.00) | 0.00 | (2,484.00) | 0.00 | | | |
| Computer Software | 5/25/2012 | PCPC Direct, Inc | 3 | 4,768.00 | Texas | No | 5/25/2015 | (4,768.00) | 0.00 | (4,768.00) | 0.00 | | | |
| Computer Software | 11/14/2012 | Go Engineer | 3 | 4,944.00 | Texas | No | 11/14/2015 | (4,944.00) | 0.00 | (4,944.00) | 0.00 | | | |
| Computer Software | | Go Engineer | 3 | 1,950.00 | Texas | No | 12/6/2015 | (1,950.00) | 0.00 | (1,950.00) | 0.00 | | | |
| Computer Software | 4/30/2017 | Solidworks PROFLOW | 3 | 33,232.50 | Texas | No | 4/29/2020 | | 33,232.50 | | 25,129.72 | (897.85) | (897.85) | (897.85) |
| **Subtotal Computer Software** | | | | **98,745.67** | | | | **(66,423.16)** | **32,322.50** | | | | | |
| Total Computer Software-Sold | | | | | | | | | | | | | | |
| Adjustment to Global Shop | | | | | | | | | | | | | | |
| Total Written Off | | | | | | | | | | | | | | |
| **Total Computer Software** | | | | **98,745.67** | | | | **(66,423.16)** | **32,322.50** | | | (897.85) | (897.85) | (897.85) |
| | | *Agrees GL 12/31* | | | | | | | | | | | | |
| Furniture & Fixtures | 4/15/2003 | SECURITY SYSTEM | 7 | 3,737.00 | Texas | No | 4/15/2010 | (3,737.00) | | (3,737.00) | (0.00) | | | |
| Furniture & Fixtures | 8/30/2008 | Sun AC System - Model # Y4ANB6000 | 7 | 9,998.79 | Texas | No | 8/8/2015 | (9,998.79) | (0.00) | (9,998.79) | (0.00) | | | |
| Furniture & Fixtures | 2/23/2011 | Conference table | 7 | 2,197.48 | Texas | No | 2/20/2018 | (1,838.38) | 359.20 | (2,152.21) | 45.27 | (26.16) | (19.11) | (65.14) |
| Furniture & Fixtures | 4/1/2011 | Display Banner | 7 | 5,675.00 | Texas | No | 3/30/2018 | (4,664.03) | 1,010.97 | (5,474.74) | 200.26 | (67.56) | (67.56) | (67.56) |
| Furniture & Fixtures | 11/12/2014 | Remodel Mercedes Benz package (gulf coast conversions) | 7 | 21,517.29 | Texas | No | 1/10/2021 | (6,403.99) | 15,113.30 | (9,477.89) | 12,039.40 | (256.16) | (256.16) | (256.16) |
| Furniture & Fixtures | 2/12/2015 | Custom build out of van (coast conversions invoice#2029) | 7 | 16,995.60 | Texas | No | 2/10/2022 | (4,451.23) | 12,544.37 | (6,879.17) | 10,116.43 | (202.33) | (202.33) | (202.33) |

| Category Description | Date Acquired | Asset Description | Asset Life (yrs) | Method | Cost | State | Sold | Fully Depr. Date | Accum. Depr. | Net/Depr. | Period (552.21)/(548.16)/(593.66) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Furniture & Fixtures | | | | | 60,121.16 | | | | | | |
| Less Total Furniture Sold | | | | | | | | | | | |
| Adjustment to Global Shop | | | | | | | | | | | |
| Total Written Off | | | | | | | | | | | |
| Net Furniture and Fixtures | | | | | 60,121.16 | | | | 60,121.16 | 31,093.33 | 29,027.84 |
| | | | | | *depre 04, 12/31* | | | | | | |
| Machinery & Equipment | 12/31/1996 | DOWN RACEWAY DIE (Vico) | 7 | F | 7,290.00 | Texas | No | 12/30/2003 | (7,290.00) | (7,290.00) | |
| Machinery & Equipment | 1/31/1997 | CH MODEL | 7 | F | 2,400.00 | Texas | No | 1/30/2004 | (2,400.00) | (2,400.00) | |
| Machinery & Equipment | 4/30/1997 | STEEL PALLET RACKS | 7 | W | 6,890.00 | Texas | No | 4/28/2004 | (6,890.00) | (6,890.00) | |
| Machinery & Equipment | 9/4/1997 | 30X24-38X24 WIDE CONVEYOR | 7 | A | 3,400.00 | Texas | No | 9/2/2004 | (3,400.00) | (3,400.00) | |
| Machinery & Equipment | 3/27/1998 | AMADA R - 1 | 7 | F | 82,300.00 | Texas | No | 3/25/2005 | (82,300.00) | (82,300.00) | |
| Machinery & Equipment | 8/3/1998 | PROGRESSIVE DIE (Vico) | 7 | F | 3,500.00 | Texas | No | 8/1/2005 | (3,500.00) | (3,500.00) | |
| Machinery & Equipment | 8/13/1998 | WELDING MACHINE | 7 | F | 2,875.00 | Texas | No | 8/11/2005 | (2,875.00) | (2,875.00) | |
| Machinery & Equipment | 8/31/2000 | Roseaille Press | 7 | F | 66,266.00 | Texas | No | 8/30/2007 | (66,266.00) | (66,266.00) | |
| Machinery & Equipment | 1/19/2002 | FHB Die | 7 | F | 11,500.00 | Texas | No | 1/18/2008 | (11,500.00) | (11,500.00) | |
| Machinery & Equipment | 2/12/2001 | Camera Power Supply | 7 | F | 3,414.00 | Texas | No | 2/11/2008 | (3,414.00) | (3,414.00) | |
| Machinery & Equipment | 3/19/2002 | Pallet Wrap Machine | 7 | W | 7,400.00 | Texas | No | 3/17/2009 | (7,400.00) | (7,400.00) | |
| Machinery & Equipment | 10/21/2002 | Amada #-2 Hydraulic Press Brake 1 | 7 | F | 52,200.00 | Texas | No | 10/19/2009 | (52,200.00) | (52,200.00) | |
| Machinery & Equipment | 10/31/2003 | AMADA PRESS BRAKES # - 1 | 7 | F | 32,400.00 | Texas | No | 10/29/2010 | (32,400.00) | (32,400.00) | |
| Machinery & Equipment | 8/4/2005 | Portable Building (#390 & 391) | 5 | F | 3,400.00 | Texas | No | 8/2/2010 | (3,400.00) | (3,400.00) | |
| Machinery & Equipment | 9/1/2005 | Baler | 5 | A | 11,350.00 | Texas | No | 8/31/2010 | (11,350.00) | (11,350.00) | |
| Machinery & Equipment | 9/20/2001 | Center End Die | 7 | F | 7,816.00 | Texas | No | 9/18/2008 | (7,816.00) | (7,816.00) | |
| Machinery & Equipment | 4/30/2001 | Warehouse Racks | 7 | W | 8,121.00 | Texas | No | 4/28/2008 | (8,121.00) | (8,121.00) | |
| Machinery & Equipment | 7/11/2002 | FHB Die | 7 | F | 3,000.00 | Texas | No | 7/9/2009 | (3,000.00) | (3,000.00) | |
| Machinery & Equipment | 12/30/2002 | Center End Die (at Vico) | 7 | F | 5,575.00 | Texas | No | 12/28/2009 | (5,575.00) | (5,575.00) | |
| Machinery & Equipment | 9/18/2007 | Baileigh SR-5016 Slip Roll | 7 | F | 4,785.00 | Texas | No | 9/16/2014 | (4,785.00) | (4,785.00) | 0.00 |
| Machinery & Equipment | 11/12/2008 | Toyota Forklift | 5 | A | 33,026.29 | Texas | No | 11/10/2013 | (33,026.29) | (33,026.29) | 0.00 |
| Machinery & Equipment | 12/1/2008 | Big Ass Fans | 5 | F | 14,597.52 | Texas | No | 11/29/2013 | (14,597.52) | (14,597.52) | 0.00 |
| Machinery & Equipment | 12/2/2008 | Air compressor | 5 | FA | 28,656.81 | Texas | No | 12/1/2015 | (28,656.81) | (28,656.81) | 0.00 |
| Machinery & Equipment | 12/15/2008 | Cincinnati proform press | 5 | F | 102,500.00 | Texas | No | 12/14/2015 | (102,500.00) | (102,500.00) | 0.00 |
| Machinery & Equipment | 12/15/2008 | Cincinnati Form Press | 5 | F | 102,500.00 | Texas | No | 12/14/2015 | (102,500.00) | (102,500.00) | 0.00 |
| Machinery & Equipment | 3/5/2009 | Four Foot Angle Brackets | 5 | F | 5,000.00 | Texas | No | 3/4/2014 | (5,000.00) | (5,000.00) | 0.00 |
| Machinery & Equipment | 4/30/2009 | PROGRESSIVE DIE (Vico) | 5 | F | 16,500.00 | Texas | No | 4/28/2016 | (16,500.00) | (16,500.00) | 0.00 |
| Machinery & Equipment | 8/16/2010 | FHB Die | 5 | F | 29,000.00 | Texas | No | 4/28/2016 | (28,999.99) | (28,999.99) | 0.01 |
| Machinery & Equipment | 8/16/2010 | Toyota Forklift | 5 | F | 20,065.16 | Texas | No | 8/15/2015 | (20,065.16) | (20,065.16) | (0.00) |
| Machinery & Equipment | 9/22/2010 | Excel Stamping | 5 | FA/W | 16,450.00 | Texas | No | 9/20/2017 | (14,749.17) | 1,700.83 | (102.97) |
| Machinery & Equipment | 12/27/2011 | Welding Booth | 5 | ? | 10,054.00 | Texas | No | 1/25/2018 | (8,514.74) | 1,539.26 | (15.83) |
| Machinery & Equipment | 4/21/2012 | TDK Power Supply | 5 | ? | 26,711.00 | Texas | No | 4/19/2018 | (26,711.00) | 260.10 | (183.33) |
| Machinery & Equipment | 6/9/2011 | Excel Stamping | 5 | ? | 15,401.00 | Texas | No | 6/7/2018 | (12,114.90) | 3,286.10 | (311.67) |
| Machinery & Equipment | 6/29/2011 | Grace Thorn O Flow | 5 | ? | 26,180.00 | Texas | No | 6/28/2018 | (19,979.15) | 6,200.85 | (178.45) |
| Machinery & Equipment | 8/29/2011 | Cincinnati Filler Block | 5 | A | 14,999.00 | Texas | No | 8/27/2018 | (11,106.52) | 3,888.91 | (371.21) |
| Machinery & Equipment | 11/8/2011 | Metal Finish (Freight) | 5 | ? | 102,500.00 | Texas | No | 10/23/2018 | (75,373.96) | 27,126.04 | (1,220.24) |
| Machinery & Equipment | 11/8/2011 | Trial CNC Roller | 5 | A | 12,237.00 | Texas | No | 11/6/2018 | (9,013.29) | 3,243.71 | (145.92) |
| Machinery & Equipment | 11/8/2011 | Pneumatic Cutter and Stripper | 5 | ? | 116,000.00 | Texas | No | 11/29/2018 | (84,256.99) | 31,743.01 | (1,380.95) |
| Machinery & Equipment | 12/19/2011 | Trumpf 3000 | 5 | FA/W | 346,500.00 | Texas | No | 12/17/2018 | (255,331.02) | 100,178.98 | (4,248.81) |
| Machinery & Equipment | 12/19/2011 | Trumpf 3000 | 5 | ? | 37,744.00 | Texas | No | 12/17/2018 | (240,240.41) | 97,259.59 | (4,125.00) |
| Machinery & Equipment | 12/19/2011 | Trumpf Tooling | 5 | ? | 26,833.00 | Texas | No | 12/17/2018 | (27,149.55) | 10,594.45 | (449.33) |
| Machinery & Equipment | 12/29/2011 | Fault Buster System | 5 | ? | 2,315.00 | Texas | No | 12/18/2018 | (23,124.14) | 3,708.86 | (319.43) |
| Machinery & Equipment | 12/30/2011 | HVAC (Way Services) Final Remittance on 04/30/2013 | 5 | ? | 82,923.53 | Texas | No | 12/28/2018 | (71,104.39) | 11,819.14 | (991.58) |
| Machinery & Equipment | 12/30/2011 | Cincinnati Filler Block | 5 | FA/W | 22,580.00 | Texas | No | 12/28/2018 | (19,370.49) | 3,209.51 | (268.81) |
| Machinery & Equipment | 12/24/2012 | Metal Finish (Freight) | 5 | ? | 2,199.00 | Texas | No | 1/22/2019 | (1,864.93) | 334.07 | (26.18) |
| Machinery & Equipment | 2/29/2012 | Trumpf, Inc | 5 | ? | 1,820.00 | Texas | No | 2/27/2019 | (1,517.89) | 302.11 | (21.67) |
| Machinery & Equipment | 4/30/2012 | HVAC (Way Services) Final Remittance | 5 | FA/W | 9,254.73 | Texas | No | 4/29/2019 | (7,674.96) | 1,843.04 | (110.18) |
| Machinery & Equipment | 5/10/2012 | AMEX - Photo Labs | 5 | ? | 9,520.00 | Texas | No | 5/9/2019 | (6,314.96) | 3,205.04 | (113.33) |
| Machinery & Equipment | 5/16/2012 | Welding Booth - 5000 Series (Avani Environmental) | 5 | ? | 5,735.41 | Texas | No | 5/15/2019 | (3,791.07) | 1,944.34 | (68.28) |
| Machinery & Equipment | 6/12/2012 | Novarc/Element14 | 5 | BBN | 3,145.00 | Texas | No | 6/11/2019 | (2,047.58) | 1,097.42 | (37.44) |
| Machinery & Equipment | 7/13/2012 | DataVox | 5 | F | 2,315.00 | Texas | No | 7/11/2019 | (1,477.65) | 837.35 | (27.56) |
| Machinery & Equipment | 8/29/2012 | Back door latche bar & 4 adjustable feet (Avani Environment) | 5 | BBN | 6,300.00 | Texas | No | 8/28/2019 | (3,905.34) | 2,394.66 | (75.00) |
| Machinery & Equipment | 10/14/2012 | Camera Secure Vig(I 505x (Where is the remaining 50%) | 5 | ? | 5,618.72 | Texas | No | 10/13/2019 | (3,331.29) | 2,287.43 | (66.89) |
| Machinery & Equipment | 11/14/2012 | Avani Environmental | 5 | ? | 2,285.00 | Texas | No | 11/13/2019 | (2,024.72) | 380.28 | (57.60) |
| Machinery & Equipment | 12/10/2012 | SurfJet Stud Welding, Inc | 5 | F | 2,711.00 | Texas | No | 12/9/2019 | (1,577.62) | 1,143.98 | (32.39) |
| Machinery & Equipment | 12/17/2012 | Trumpf | 5 | ? | 1,407.00 | Texas | No | 12/16/2019 | (811.62) | 595.38 | (16.75) |
| Machinery & Equipment | 10/25/2013 | Connector from LedLuxX | 6 | BBN | 9,425.60 | CAL. | No | 10/24/2019 | (5,000.10) | 4,424.90 | (130.90) |
| Machinery & Equipment | 6/12/2014 | Connector from LedLuxX | 6 | F | 9,520.00 | CAL. | No | 10/24/2019 | (6,502.83) | 3,017.16 | (138.38) |
| Machinery & Equipment | 10/10/2014 | Titan with Crowning BariForm metal finish invoice#14-10-10-1 | 6 | F | 30,000.00 | Texas | No | 10/8/2021 | (9,285.71) | 20,714.29 | (357.14) |
| Machinery & Equipment | 12/30/2014 | Titan with Crowning BariForm metal finish invoice#14-12-30 | 6 | F | 12,100.00 | Texas | No | 12/28/2021 | (3,457.14) | 8,642.86 | (144.05) |
| Machinery & Equipment | 12/18/2014 | Metal Finish invoiced#14-12-16-14 | 7 | ? | 57,900.00 | Texas | No | 12/16/2021 | (16,875.00) | 41,025.00 | (689.29) |

| Category Description | Date Acquired | Asset Description | Asset Life (yrs) | Cost | State | Sold | Fully Depreciated Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Machinery & Equipment | 12/22/2014 | Toyota Forklift service | 7 F | 250.00 | Texas | No | 12/20/2021 | (71.43) | 178.57 | 142.86 | (107.14) | (2.98) |
| Machinery & Equipment | 12/31/2014 | Large Table Saw | 7 F | 5,185.69 | Texas | No | 12/29/2021 | (1,481.45) | 3,703.64 | 2,962.91 | (2,222.18) | (61.73) |
| Machinery & Equipment | 1/27/2015 | Transformer for rollers and install new A/C material and labor | 7 F | 8,740.00 | Out of state | No | 1/25/2022 | (2,809.29) | 5,930.71 | 4,682.14 | (4,657.86) | (104.05) |
| Machinery & Equipment | 6/3/2015 | Finalhigh Type V lens | 7 BEN | 7,595.98 | China | No | 6/1/2022 | (2,710.47) | 4,879.63 | 4,879.63 | (2,716.07) | (90.36) |
| Machinery & Equipment | 7/10/2015 | Tooling vento | 7 BEN | 41,374.50 | China | No | 7/8/2022 | (14,284.03) | 33,000.11 | 27,090.47 | (14,284.03) | (492.55) |
| Machinery & Equipment | 8/25/2015 | Tooling Vibro Mod Version Housing | 7 BEN | 33,500.00 | China | No | 8/23/2022 | (5,982.14) | 27,517.86 | 22,732.14 | (10,767.86) | (398.81) |
| Machinery & Equipment | 9/15/2015 | Finalhigh Type V3 lens | 7 BEN | 7,455.00 | China | No | 9/13/2022 | (1,331.25) | 6,123.75 | 5,038.75 | (2,396.25) | (88.75) |
| Machinery & Equipment | 9/9/2015 | Axle Lens Array | 7 BEN | 8,715.00 | China | No | 9/7/2022 | (1,556.25) | 7,158.75 | 5,913.75 | (2,801.25) | (103.75) |
| Machinery & Equipment | 10/16/2015 | Canopy Lens | 7 BEN | 6,923.08 | China | No | 10/14/2022 | (1,153.85) | 5,769.23 | 4,780.22 | (2,142.86) | (82.42) |
| Machinery & Equipment | 11/25/2014 | Tooling Vento large version | 7 BEN | 43,625.50 | China | No | 11/23/2022 | (6,751.57) | 36,873.93 | 30,641.72 | (12,983.78) | (519.35) |
| Machinery & Equipment | 2/25/2016 | Tooling for hardware and silicone gasketing for vento fixture | 7 | 5,930.00 | China | No | 2/23/2023 | (705.95) | 5,224.05 | 4,376.90 | (1,553.10) | (70.60) |
| Machinery & Equipment | 2/29/2016 | Tooling for slip filter for vento | 7 | 11,250.00 | China | No | 2/27/2023 | (1,339.29) | 9,910.71 | 8,303.57 | (2,946.43) | (133.93) |
| Machinery & Equipment | 3/2/2016 | Vento Revised door tooling | 7 | 8,300.00 | China | No | 3/1/2023 | (889.29) | 7,410.71 | 6,235.00 | (2,075.00) | (98.81) |
| Machinery & Equipment | 3/31/2016 | Deposit for optics on the claysaver streetlight | 7 | 17,000.00 | China | No | 3/30/2023 | (1,821.43) | 15,178.57 | 12,750.00 | (4,250.00) | (202.38) |
| Machinery & Equipment | 4/5/2016 | Xtralight Tool ModiTrans invoice# 310280 | 7 | 2,180.00 | China | No | 4/4/2023 | (207.62) | 1,972.38 | 1,660.95 | (519.05) | (25.95) |
| Machinery & Equipment | 4/5/2016 | Xtralight 32 Chip array(from invoice#310558) | 7 | 30,862.50 | China | No | 4/4/2023 | (2,939.29) | 27,923.21 | 23,514.29 | (7,348.21) | (367.41) |
| Machinery & Equipment | 4/5/2016 | Xtralight Modify tool(from invoice#307756) | 7 | 3,900.00 | China | No | 4/4/2023 | (371.43) | 3,528.57 | 2,971.43 | (928.57) | (46.43) |
| Machinery & Equipment | 4/5/2016 | Xtralight 32 Chip array(from invoice#307457) | 7 | 30,862.50 | China | No | 4/4/2023 | (2,939.29) | 27,923.21 | 23,514.29 | (7,348.21) | (367.41) |
| Machinery & Equipment | 4/5/2016 | 32 Chip array tooling(from invoice#304340) | 7 | 16,975.00 | China | No | 4/4/2023 | (1,616.67) | 15,358.33 | 12,933.33 | (4,041.67) | (202.08) |
| Machinery & Equipment | 5/5/2016 | Tooling for slip filter for vento | 7 | 12,830.00 | China | No | 5/3/2023 | (1,937.36) | 15,358.33 | 8,765.36 | (4,064.64) | (133.93) |
| Machinery & Equipment | 5/5/2016 | 12" bow profile DLC canopy lens | 7 | 6,923.00 | China | No | 5/4/2023 | (576.92) | 6,346.08 | 5,357.08 | (1,565.92) | (82.42) |
| Machinery & Equipment | 5/31/2016 | Claysaver tooling charge | 7 | 71,767.00 | China | No | 5/30/2023 | (5,980.58) | 65,786.42 | 55,533.99 | (16,233.01) | (854.37) |
| Machinery & Equipment | 6/24/2016 | Xtra type II tool | 7 | 22,000.00 | China | No | 6/23/2023 | (1,571.43) | 20,428.57 | 17,285.71 | (4,714.29) | (261.90) |
| Machinery & Equipment | 7/13/2016 | Claysaver Mid-Claysaver | 7 | 6,377.00 | China | No | 7/12/2023 | (576.48) | 13,593.52 | 13,593.52 | (3,465.48) | (202.38) |
| Machinery & Equipment | 7/13/2016 | Claysaver tools | 7 | 72,251.00 | China | No | 7/12/2023 | (4,306.61) | 68,044.39 | 57,708.54 | (14,642.46) | (861.32) |
| Machinery & Equipment | 8/22/2016 | Claysaver tooling charge | 7 | 10,372.00 | China | No | 8/21/2023 | (493.90) | 9,878.10 | 9,040.00 | (1,975.62) | (123.48) |
| Machinery & Equipment | 11/10/2016 | Tooling (corporate unicorn - 40% deposit) | 7 | 10,848.00 | China | No | 11/9/2023 | (258.29) | 10,589.71 | 10,848.00 | (1,808.00) | (129.14) |
| Machinery & Equipment | 11/10/2016 | Tooling (corporate unicorn) | 7 | 31,272.00 | China | No | 11/9/2023 | (372.29) | 30,899.71 | 26,472.29 | (4,776.00) | (372.29) |
| Machinery & Equipment | 8/17/2017 | Laser Cutter (Deposit installation) | 7 | 23,400.00 | China | No | 8/15/2024 | | | 22,285.71 | | (278.57) |
| Machinery & Equipment | 12/31/2017 | Tooling - Vento | 7 | 19,600.00 | | No | | | | 19,600.00 | | (233.33) |
| Machinery & Equipment | 9/11/2017 | Tooling Item corporate Unicorn | 7 | 5,400.00 | | No | 9/9/2024 | (102.86) | | 5,207.14 | | (64.29) |
| Machinery & Equipment | 9/29/2017 | Laser Cutter (Balance due to Amada + Compressor) | 7 | 62,377.00 | | No | 9/27/2024 | | | 62,377.00 | | (742.58) |
| Machinery & Equipment | 12/31/2017 | Laser Cutter (Balance due to Amada + Compressor) | 7 | 479,814.00 | | No | 12/29/2024 | | | 479,814.00 | | (5,712.07) |
| Machinery & Equipment | 2/11/2015 | Design and manufacture a custom 14-up lens array(from lens array) | 7 BEN | 44,750.00 | | No | 2/9/2022 | (11,720.24) | 33,029.76 | 26,636.90 | (18,113.10) | (532.74) |
| **Subtotal Machinery & Equipment** | | | | **3,283,646.41** | | | | **(1,737,501.40)** | **955,554.01** | | | **(30,787.57)** |
| | | | | *Agrees M 1291* | | | | | | | | |
| **Total Written Off** | | | | | | | | | | | | |
| **Total Machinery & Equipment** | | | | **3,283,646.41** | | | | **(1,737,501.40)** | **955,554.01** | | | **(30,787.57)** |
| Trucks & Automobiles | 12/31/2006 | 2007 GMC Savana Van (1GTGG29267112397) | 5 | 33,000.00 | Texas | No | 12/30/2011 | (33,000.00) | | 33,000.00 | (33,000.00) | 0.00 |
| Trucks & Automobiles | 5/10/2013 | 2011 Cadillac Limousine (1G8SN3C67BU550384) | 5 | 80,000.00 | Texas | No | 5/9/2016 | (80,000.00) | | 80,000.00 | (80,000.00) | 0.00 |
| Trucks & Automobiles | 9/15/2016 | Mercedes Benz van WD4PG2EE8G3085940 | 5 | 37,552.02 | Arkansas | No | 9/14/2021 | (11,437.60) | 35,674.42 | 28,164.02 | (9,388.01) | (625.87) |
| **Subtotal Trucks & Automobiles** | | | | **150,552.02** | | | | **(114,877.60)** | **35,674.42** | | | **(625.87)** |
| | | | | *Agrees M 1291* | | | | | | | | |
| **Total Trucks & Automobiles-Sold** | | | | | | | | | | | | |
| **Total Trucks & Automobiles to Global Shop** | | | | | | | | | | | | |
| **Total Trucks & Automobiles** | | | | **150,552.02** | | | | **(114,877.60)** | **35,674.42** | | | **(625.87)** |
| **Total Machinery & Equipment** | | | | **3,823,370.25** | | | | **(2,151,794.79)** | **1,080,984.46** | | | **(33,146.23)** |
| | | | | *Agrees M 1291* | | | | | | | | |
| Leasehold Improvement | 3/15/2013 | Lighting Fixtures | 7 | 4,757.00 | Texas | No | 3/13/2018 | (3,941.19) | 815.81 | 136.33 | (4,620.77) | (56.63) |
| Leasehold Improvement | 3/18/2013 | 4 Dok Guardians (Johnson Equipment Co - Tim Spellman) | 7 | 10,662.63 | Texas | No | 3/16/2020 | (5,770.94) | 4,891.69 | 3,368.46 | (7,294.17) | (126.94) |
| Leasehold Improvement | 4/4/2013 | Johnson Equipment Co - Dok Loks & Mounting Posts | | 23,971.96 | Texas | No | 4/2/2020 | (12,814.75) | 11,157.21 | 7,732.64 | (16,239.32) | (285.38) |
| Leasehold Improvement | 4/10/2013 | Centerpoint Energy - Fee for Power to New Bldg. (Lab) | | 12,524.96 | Texas | No | 4/8/2020 | (6,666.12) | 5,858.84 | 4,069.56 | (8,455.40) | (149.11) |
| Leasehold Improvement | 9/23/2013 | Universal Service - Construction of 2 Additional Offices | | 6,140.00 | Texas | No | 9/21/2020 | (2,868.99) | 3,271.01 | 2,393.87 | (3,746.13) | (73.10) |
| Leasehold Improvement | 3/24/2011 | Cisco Eagle | | 16,483.00 | Texas | No | 3/22/2018 | (13,598.24) | 2,884.76 | 530.04 | (15,952.96) | (196.23) |
| Leasehold Improvement | 4/3/2006 | Paint for exterior | | 22,870.00 | Texas | No | 4/1/2013 | (14,053.81) | 8,816.19 | 1,550.03 | (21,319.95) | (272.26) |
| Leasehold Improvement | 6/23/2011 | Rogers Enterprise | | 4,200.00 | Texas | No | 6/21/2018 | (3,315.34) | 884.66 | 284.66 | (3,915.34) | (50.00) |
| Leasehold Improvement | 7/27/2011 | Morrison Supply Co | | 1,162.00 | Texas | No | 7/25/2018 | (901.75) | 260.25 | 94.25 | (1,067.75) | (13.83) |
| Leasehold Improvement | 11/7/2011 | Electrical Upgrade | | 20,732.36 | Texas | No | 10/30/2018 | (15,302.38) | 5,429.92 | 2,468.16 | (18,264.14) | (246.81) |
| Leasehold Improvement | 11/16/2011 | Electrical Upgrade | | 1,893.00 | Texas | No | 11/14/2018 | (1,566.31) | 2,379.69 | 1,691.47 | (1,074.59) | (107.94) |
| Leasehold Improvement | 11/16/2011 | Roofing | | 31,969.00 | Texas | No | 11/14/2018 | (23,408.45) | 8,560.55 | 3,993.55 | (27,975.45) | (380.58) |
| Leasehold Improvement | 11/22/2011 | Electric upgrade through Centerpoint Energy | | 4,504.00 | Texas | No | 12/18/2018 | (3,287.37) | 1,216.63 | 573.20 | (3,930.80) | (53.62) |
| Leasehold Improvement | 12/20/2011 | Electric upgrade through Strictly Electric | | 4,790.00 | Texas | No | 12/18/2018 | (3,411.04) | 1,378.96 | 694.68 | (4,095.32) | (57.02) |
| Leasehold Improvement | 12/20/2011 | Superior Building | | 24,923.49 | Texas | No | 12/20/2020 | (17,917.54) | 7,005.55 | 3,445.05 | (21,478.44) | (296.71) |

| Category Description | Date Acquired | Asset Life (yrs) | Cost | State | Sold | Fully Deprec Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leasehold Improvement | 1/20/2012 | 7 | 26,596.00 | Texas | | 1/18/2019 | (18,797.64) | 7,798.36 | (22,597.07) | 3,998.93 | (316.62) | (316.62) | (316.62) | (316.62) | (316.62) |
| Leasehold Improvement | 2/6/2012 | 7 | 2,227.00 | Texas | | 2/4/2019 | (1,559.17) | 667.83 | (1,877.31) | 349.69 | (26.51) | (26.51) | (26.51) | (26.51) | (26.51) |
| Leasehold Improvement | 2/20/2012 | 7 | 2,118.00 | Texas | | 2/18/2019 | (1,471.33) | 646.77 | (1,773.80) | 344.20 | (25.21) | (25.21) | (25.21) | (25.21) | (25.21) |
| Leasehold Improvement | 2/22/2012 | 7 | 5,333.00 | Texas | | 2/20/2019 | (3,693.47) | 1,639.53 | (4,453.90) | 869.10 | (63.37) | (63.37) | (63.37) | (63.37) | (63.37) |
| Leasehold Improvement | 4/18/2012 | 7 | 3,177.00 | Texas | | 4/17/2019 | (2,134.77) | 1,042.23 | (2,588.63) | 588.37 | (37.82) | (37.82) | (37.82) | (37.82) | (37.82) |
| Leasehold Improvement | 11/7/2012 | 7 | 3,560.00 | Texas | | 11/6/2019 | (2,109.28) | 1,450.72 | (2,617.86) | 942.14 | (42.38) | (42.38) | (42.38) | (42.38) | (42.38) |
| Leasehold Improvement | 12/31/2012 | 7 | 65,511.00 | Texas | | 12/30/2019 | (37,430.56) | 28,080.44 | (46,780.27) | 18,721.73 | (779.89) | (779.89) | (779.89) | (779.89) | (779.89) |
| Leasehold Improvement | 11/11/2014 | 7 | 6,917.75 | Texas | | 11/9/2021 | (2,141.21) | 4,776.54 | (3,129.46) | 3,788.29 | (82.35) | (82.35) | (82.35) | (82.35) | (82.35) |
| Leasehold Improvement | 12/29/2014 | 7 | 71,621.45 | Texas | | 12/27/2021 | (20,463.27) | 51,158.18 | (30,694.91) | 40,926.54 | (852.64) | (852.64) | (852.64) | (852.64) | (852.64) |
| Leasehold Improvement | 2/18/2015 | 7 | 7,816.62 | Texas | | 2/16/2022 | (2,047.21) | 5,769.41 | (3,163.87) | 4,652.75 | (93.06) | (93.06) | (93.06) | (93.06) | (93.06) |
| Leasehold Improvement | 4/22/2015 | 7 | 12,960.00 | Texas | | 4/20/2022 | (3,085.71) | 9,874.29 | (4,937.14) | 8,022.86 | (154.29) | (154.29) | (154.29) | (154.29) | (154.29) |
| Leasehold Improvement | 8/12/2015 | 7 | 21,643.51 | Texas | | 8/10/2022 | (4,122.57) | 17,520.94 | (7,214.56) | 14,429.01 | (257.66) | (257.66) | (257.66) | (257.66) | (257.66) |
| Leasehold Improvement | 8/12/2015 | 7 | 4,831.00 | Texas | | 8/10/2022 | (920.19) | 3,910.81 | (1,610.33) | 3,220.67 | (57.51) | (57.51) | (57.51) | (57.51) | (57.51) |
| Leasehold Improvement | 7/21/2016 | 7 | 3,700.00 | Texas | | 7/20/2022 | (220.24) | 3,479.76 | (748.81) | 2,951.19 | (44.05) | (44.05) | (44.05) | (44.05) | (44.05) |
| Leasehold Improvement | 8/15/2016 | 7 | 10,570.61 | Texas | | 8/14/2023 | (503.36) | 10,067.25 | (2,013.45) | 8,557.16 | (125.84) | (125.84) | (125.84) | (125.84) | (125.84) |
| Leasehold Improvement | 12/15/2017 | 7 | 6,769.31 | Texas | | 12/13/2024 | | 6,769.31 | | 6,769.31 | 0.00 | 1.00 | | | |
| Leasehold Improvement | 5/11/2015 | 7 | 11,613.00 | Texas | | 5/9/2022 | (3,456.25) | 8,156.75 | (5,115.25) | 6,497.75 | (138.25) | (138.25) | (138.25) | (138.25) | (138.25) |
| Subtotal Leasehold Improvements | | | 465,711.59 | | | | (242,105.77) | 216,837.51 | | | (5,463.61) | (5,463.61) | (5,463.61) | (5,463.61) | (5,463.61) |
| Total Leasehold Improvements-Sold | | | | | | | | | | | | | | | |
| Adjustment to Global Shop | | | | | | | | | | | | | | | |
| Total Written Off | | | | | | | | | | | | | | | |
| Total Leasehold Improvements | | | 465,711.59 | | | | (242,105.77) | 216,837.51 | (5,115.25) | 1,494,453.86 | (5,463.61) | (5,463.61) | (38,718.85) | (38,608.84) | |

465,601.1227 +4831 CIP
Agree 01.1227

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL FIXED ASSETS | 4,389,083.84 | | | (2,393,900.56) | 1,397,831.97 | 194,983.07 | (2,794,629.98) | 1,494,453.86 | (38,718.85) | (38,608.84) | |

| | | | | |
|---|---|---|---|---|
| NMFG Depreciation COGS | | (30,787.57) | (30,685.61) | |
| NMFG Depreciation SG&A | | (7,931.28) | (7,923.23) | |
| Total period depreciation | | (38,718.85) | (38,608.84) | |
| Depreciation on assets sold during year | | | | |
| Cumulative Depreciation | 2,833,348.78 | 2,871,957.62 | 2,910,465.10 | |
| NBV | 1,494,452.91 | 1,455,734.06 | 1,417,125.22 | 1,378,631 |
| GL NBV | 1,494,452.97 | 1,455,734.12 | 1,417,125.28 | 1,378,631 |
| Gap | (0.06) | (0.06) | (0.06) | |

# ATAL Fixed Asset Register

| Category Description | Date Acquired | Depreciation Start Date | Depreciation End Date | Asset Description | Asset Life (yrs) | Method | Cost | Sold | State | 2016 Acc Depr | 2016 NBV | 2017 Acc Depr | 2017 NBV | January | February | March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Furniture & Fixtures | 4/30/2013 | 5/1/2013 | 4/29/2020 | AMEX - McCoy Workplace Solutions | 7 | Straight Line | 5,541.23 | No | Texas | (2,902.55) | 2,638.68 | (1,694.15) | 1,847.08 | (65.97) | (65.97) | (65.97) |
| Furniture & Fixtures | 6/30/2013 | 7/1/2013 | 6/29/2020 | AMEX - McCoy Workplace Solutions | 7 | Straight Line | 5,541.22 | No | Texas | (2,770.61) | 2,770.61 | (3,562.21) | 1,979.01 | (65.97) | (65.97) | (65.97) |
| **Total Furniture & Fixtures** | | | | | | | 11,082.45 | | | | | | | | | |
| **Less Total Furniture Sold** | | | | | | | | | | | | | | | | |
| **Net Furniture and Fixtures** | | | | | | | 11,082.45 | | | (5,673.16) | 5,409.29 | (5,673.16) | 5,409.29 | (131.93) | (131.93) | (131.93) |
| Machinery & Equipment | 11/18/2014 | 12/1/2014 | 11/30/2019 | Chroma Systems Solutions (64602 Programmable AC source) | 5 | Straight Line | 14,205.00 | No | Texas | (5,918.75) | 8,286.25 | (8,759.75) | 5,445.25 | (236.75) | (236.75) | (236.75) |
| Machinery & Equipment | 8/1/2013 | 8/1/2013 | 7/31/2018 | Goniophotometer (from Mfg) | 5 | Straight Line | 171,151.00 | No | Texas | (121,053.18) | 56,097.82 | (156,483.38) | 20,667.62 | (2,952.52) | (2,952.52) | (2,952.52) |
| Machinery & Equipment | | | | Goniophotometer (from Mfg) | | | 51,783.00 | No | | (51,783.00) | | (51,783.00) | | | | |
| Machinery & Equipment | 10/14/2014 | 1/1/2015 | 12/31/2019 | Hastest Solution (settling dust chamber) | 5 | Straight Line | 77,100.60 | No | Texas | (30,840.24) | 46,260.36 | (46,260.36) | 30,840.24 | (1,285.01) | (1,285.01) | (1,285.01) |
| Machinery & Equipment | 12/30/2014 | 1/1/2015 | 12/31/2019 | Hastest Solution(walk-in rain test chamber) | 5 | Straight Line | 116,104.00 | No | Texas | (46,441.60) | 69,662.40 | (69,662.40) | 46,441.60 | (1,935.07) | (1,935.07) | (1,935.07) |
| Machinery & Equipment | 10/31/2016 | 11/1/2016 | 10/31/2021 | Hastest Solution(Finalize rain test chamber) | 5 | Straight Line | 11,250.00 | No | Texas | (375.00) | 10,875.00 | (2,625.00) | 8,625.00 | (187.50) | (187.50) | (187.50) |
| Machinery & Equipment | 3/2/2015 | 4/1/2015 | 3/30/2020 | Installation for Dust Chamber &Compressor Electrical Service | 5 | Straight Line | 8,000.00 | No | Texas | (2,828.00) | 5,252.00 | (4,444.00) | 3,656.00 | (134.67) | (134.67) | (134.67) |
| Machinery & Equipment | 8/1/2013 | 8/1/2013 | 7/31/2018 | Labsphere - Sphere test equipment | 5 | Straight Line | 58,580.00 | No | Texas | (40,029.67) | 18,550.33 | (51,745.67) | 6,834.33 | (976.33) | (976.33) | (976.33) |
| Machinery & Equipment | | | | Labsphere - Sphere test equipment | | | 17,124.00 | | | (17,124.00) | | (17,124.00) | | | | |
| Machinery & Equipment | 12/31/2014 | 1/1/2015 | 12/31/2019 | the Sphere Retrofit for LM-82 testing purposes | 5 | Straight Line | 79,373.54 | No | Texas | (31,749.42) | 47,624.12 | (47,624.12) | 31,749.42 | (1,322.89) | (1,322.89) | (1,322.89) |
| Machinery & Equipment | 8/1/2013 | 8/1/2013 | 7/31/2017 | SCS - Environmental Test Chamber | 4 | Straight Line | 27,073.37 | No | Texas | (23,125.17) | 3,948.20 | (27,073.37) | - | | | |
| Machinery & Equipment | | | | SCS - Environmental Test Chamber | | | 20,680.00 | | | (20,680.00) | | (20,680.00) | | | | |
| Machinery & Equipment | 7/30/2012 | 8/1/2012 | 7/31/2019 | Voltech Instruments | 7 | Straight Line | 5,829.44 | No | Texas | (3,678.10) | 2,151.34 | (4,510.88) | 1,318.56 | (69.40) | (69.40) | (69.40) |
| Machinery & Equipment | 8/1/2013 | 8/1/2013 | 7/31/2016 | Water Meter Test Equipment | 3 | Straight Line | 72,335.21 | No | Texas | (72,335.21) | - | (72,335.21) | | | | |
| Machinery & Equipment | | | | Water Meter Test Equipment | | | 33,521.19 | No | | (33,521.19) | | (33,521.21) | | | | |
| Machinery & Equipment | 3/16/2015 | 4/1/2015 | 3/30/2020 | Air Compressor material and installation | 5 | Straight Line | 11,181.47 | No | Texas | (3,983.51) | 7,397.96 | (6,259.81) | 5,121.66 | (189.69) | (189.69) | (189.69) |
| Machinery & Equipment | 7/2/2015 | 7/2/2015 | 7/30/2020 | deposit for Mod | 5 | Straight Line | 10,750.00 | No | Texas | (3,045.83) | 7,704.17 | (5,195.83) | 5,554.17 | (179.17) | (179.17) | (179.17) |
| Machinery & Equipment | 3/17/2015 | 4/1/2015 | 3/30/2020 | Set up outlets for tack machine, install 125 A3 phase service, e | 5 | Straight Line | 6,823.00 | No | Texas | (2,388.05) | 4,434.95 | (3,752.65) | 3,070.35 | (113.72) | (113.72) | (113.72) |
| **Subtotal Machinery & Equipment** | | | | | | | 799,144.82 | | | (510,899.92) | 288,244.90 | | | | | |
| **Total Machinery & Equipment-Sold** | | | | | | | | | | | | | | | | |
| **Total Machinery & Equipment** | | | | | | | 799,144.82 | | | (510,899.92) | 288,244.90 | | | (9,582.71) | (9,582.71) | (9,582.71) |
| **TOTAL FIXED ASSETS** | | | | | | | 810,227.27 | | | (516,573.08) | 293,654.19 | | | (9,714.64) | (9,714.64) | (9,714.64) |
| | | | | | | | *Agrees TB due BBB* | | | *Agrees TB due BBB* | | | | | | |
| Accumulated Depreciation | | | | | | | | | | (516,573.08) | | (637,096.99) | 173,130.28 | (646,811.63) | (656,526.27) | (666,240.91) |
| NBV | | | | | | | | | | 293,654.19 | | | | 163,415.64 | 153,701.00 | (693,110.9) |
| GL | | | | | | | | | | | | | | 163,415.65 | 153,701.01 | 153,700.01 |
| Gap | | | | | | | | | | | | | | 0.01 | 0.01 | 646.81 |

# Utility Metering Solutions Fixed Asset Register

| Category Description | Asset (Years) | Date Acquired | Depreciation Start Date | Depreciation End Date | Cost | Sold | Total 12/31/2016 Accum Depr | Total 12/31/2016 NBV | 2016 Accum Depr | 2016 NBV | 2017 Accum Depr | 2017 NBV | 2018 January | February | March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Automobiles** | | | | | | | | | | | | | | | |
| This maybe a SIERRA C1500 3GTP1UEA7BG3H4591 | 5 | 6/22/2011 | 7/1/2011 | 6/29/2016 | 26,000.00 | No | (26,000.00) | - | (26,000.00) | - | (26,000.00) | - | (453.89) | (453.89) | (453.89) |
| Two Ford Trucks (Bill Hood Ford) 2011 Ford F150 1FTFW1CR8BFB95571 & 1FTFW1CP9BFD73362 | 5 | 2/2/2012 | 2/1/2012 | 1/30/2017 | 64,760.42 | No | (12,952.08) | 1,173.50 | (63,681.08) | 1,079.34 | (64,760.42) | - | (453.89) | (453.89) | (453.89) |
| Ford F250 (2002 Ford F150 and Trailer SDG Sales $6,590 on 1/6 and 1/20/12) (Chad Davis) | 5 | 3/16/2012 | 3/1/2012 | 2/28/2017 | 21,173.50 | No | (234.50) | 9,531.73 | (1,112.88) | 58.63 | (21,173.50) | - | (453.89) | (453.89) | (453.89) |
| 2013 Chevrolet Silverado Truck 1GCRCREA0DZ135484 | 5 | 9/5/2013 | 10/1/2013 | 9/30/2018 | 27,233.52 | No | (5,446.70) | 9,531.73 | (17,701.79) | 9,531.73 | (23,148.49) | 4,085.03 | (453.89) | (453.89) | (453.89) |
| 2013 Chevrolet Silverado Truck 1GCRCREAXDZ112407 | 5 | 9/5/2013 | 10/1/2013 | 9/30/2018 | 27,233.52 | No | (5,446.70) | 9,531.73 | (17,701.79) | 9,531.73 | (23,148.49) | 4,085.03 | (453.89) | (453.89) | (453.89) |
| 2014 GMC Sierra 3GTU1VEC5EG71193 | 5 | 9/23/2013 | 10/1/2013 | 9/30/2018 | 49,821.50 | No | (9,964.30) | 17,437.53 | (32,383.98) | 17,437.53 | (42,348.28) | 7,473.22 | (830.36) | (830.36) | (830.36) |
| 2014 Chevrolet Silverado - Run Carter Automotive (GC4KZCR4EF140879 | 5 | 1/20/2014 | 2/1/2014 | 1/30/2019 | 46,692.30 | No | (9,298.46) | 19,371.79 | (27,129.51) | 19,371.79 | (36,418.97) | 10,073.33 | (774.87) | (774.87) | (774.87) |
| 2014 Chevrolet 1500 3GCPCREC0EG510803 | 5 | 11/15/2014 | 12/1/2014 | 11/30/2019 | 39,234.00 | No | (6,539.00) | 22,886.50 | (16,347.50) | 22,886.50 | (24,194.20) | 15,039.70 | (653.90) | (653.90) | (653.90) |
| 2014 Chevrolet Silverado 3GCPCREC2EG500483 | 5 | 11/16/2014 | 12/1/2014 | 11/30/2019 | 39,234.00 | No | (7,846.80) | 22,886.50 | (16,347.50) | 22,886.50 | (24,194.20) | 15,039.70 | (653.90) | (653.90) | (653.90) |
| 2015 GEM (GXCG6GC6AFF012766) | 5 | 7/6/2015 | 7/30/2020 | 7/30/2020 | 19,589.12 | No | (3,917.82) | 13,712.38 | (5,876.74) | 13,712.38 | (9,794.56) | 9,794.56 | (326.49) | (326.49) | (326.49) |
| 2015 Mercedes Benz at 1450 WDDHN7DJ0AFF033209 | 5 | 3/22/2015 | 4/1/2015 | 3/30/2020 | 121,248.33 | No | (24,249.67) | 76,790.61 | (44,457.72) | 76,790.61 | (68,707.39) | 52,540.94 | (2,020.81) | (2,020.81) | (2,020.81) |
| Ford pick up truck VIN 1FTYW2B3VE2C98388 | 5 | 2/14/2016 | 2/1/2016 | 1/30/2021 | 44,638.00 | No | (7,436.33) | 37,201.67 | (7,436.33) | 37,201.67 | (16,359.93) | 28,258.07 | (743.63) | (743.63) | (743.63) |
| Catalina 321BHDS 2017 -52T2CAXBHT000423 | 5 | 6/6/2016 | 7/1/2016 | 6/30/2021 | 25,000.00 | No | (2,916.67) | 22,083.33 | (2,916.67) | 22,083.33 | (7,083.33) | 17,916.67 | (416.67) | (416.67) | (416.67) |
| Air conditioner trailer(Administrative Hammond office) | 5 | 7/14/2016 | 7/31/2021 | 7/31/2021 | 832.50 | No | (56.83) | 795.67 | (56.83) | 795.67 | (227.33) | 625.17 | (14.21) | (14.21) | (14.21) |
| 2015 Ford truck VIN# 1FT7W2BT0FEB75283 | 5 | 8/18/2015 | 8/1/2015 | 8/30/2020 | 47,000.00 | No | (9,400.00) | 33,683.33 | (13,316.67) | 33,683.33 | (22,716.67) | 24,283.33 | (783.33) | (783.33) | (783.33) |
| 2017 Chevy Silverado 15 (Ross Downing Chevrolet) | 5 | 12/22/2016 | 12/31/2017 | 12/31/2021 | 36,243.30 | No | - | 36,343.30 | (56.83) | 36,343.30 | (7,248.66) | 28,994.64 | (604.06) | (604.06) | (604.06) |
| Total | | | | | 615,733.01 | | | | | | | | | | |
| **Tremble Unit** | | | | | | | | | | | | | | | |
| Tremble Unit | 5 | 8/26/2009 | 9/1/2009 | 8/31/2014 | 8,692.92 | No | (8,692.92) | - | (8,692.92) | - | (8,692.92) | - | | | |
| Tremble Unit | 5 | 5/17/2010 | 6/1/2010 | 5/31/2015 | 9,957.60 | No | (9,957.60) | - | (9,957.60) | - | (9,957.60) | - | | | |
| Tremble Unit | 5 | 6/30/2010 | 7/1/2010 | 6/30/2015 | 7,861.32 | No | (7,861.32) | - | (7,861.32) | - | (7,861.32) | - | | | |
| Tremble Unit | 5 | 9/30/2010 | 10/1/2010 | 9/30/2015 | 2,582.22 | No | (2,582.22) | - | (2,582.22) | - | (2,582.22) | - | | | |
| Trimble Units (Navigation Electronics) | 5 | 5/27/2011 | 6/1/2011 | 5/30/2016 | 7,734.08 | No | (1,734.54) | 461.24 | (7,734.08) | 461.24 | (7,734.08) | - | | | |
| Three new trimble units with USB boot | 5 | 9/22/2011 | 9/1/2011 | 8/30/2016 | 8,869.68 | No | (576.08) | 1,200.00 | (8,869.68) | 1,200.00 | (8,869.68) | - | | | |
| 10 Nomad Handhelds | 5 | 10/25/2012 | 11/1/2012 | 10/31/2017 | 7,200.00 | No | (1,440.00) | 1,200.00 | (6,000.00) | 1,200.00 | (7,200.00) | - | | | |
| Trimble Units (HD Supply) | 5 | 9/30/2012 | 10/1/2012 | 9/30/2017 | 2,400.00 | No | (480.00) | 400.00 | (2,000.00) | 400.00 | (2,400.00) | - | | | |
| Trimble Units (HD Supply) | 5 | 11/9/2012 | 11/1/2012 | 11/30/2017 | 4,800.00 | No | (960.00) | 880.00 | (3,920.00) | 880.00 | (4,800.00) | - | | | |
| Trimble Units (HD Supply) | 5 | 11/9/2012 | 11/1/2012 | 11/30/2017 | 4,800.00 | No | (480.00) | 880.00 | (3,920.00) | 880.00 | (4,800.00) | - | | | |
| Trimble Units (HD Supply) | 5 | 11/9/2012 | 12/1/2012 | 11/30/2017 | 2,400.00 | No | (480.00) | 440.00 | (1,960.00) | 440.00 | (2,400.00) | - | | | |
| Trimble Units (HD Supply) | 5 | 11/9/2012 | 12/1/2012 | 11/30/2017 | 2,400.00 | No | (480.00) | 440.00 | (1,960.00) | 440.00 | (2,400.00) | - | | | |
| Command link for Installation | 5 | 11/18/2013 | 12/1/2013 | 11/30/2018 | 4,985.50 | No | (997.10) | 1,080.19 | (3,905.31) | 1,080.19 | (4,902.41) | 83.09 | (83.09) | (83.09) | (83.09) |
| Trimble Nomad Unit (Qty 2) - HD Supply - Water Works Model W0LE SENSUS | 5 | 11/9/2013 | 12/1/2013 | 11/30/2018 | 18,375.00 | No | (3,675.00) | 3,555.50 | (14,375.00) | 3,555.50 | (14,897.50) | 2,802.50 | (325.01) | (325.01) | (325.01) |
| Trimble Nomad Unit | 5 | 5/9/2014 | 6/1/2014 | 5/31/2019 | 7,350.00 | No | (1,470.00) | 3,555.50 | (4,797.50) | 3,555.50 | (5,973.50) | 2,802.50 | (137.50) | (137.50) | (137.50) |
| Trimble Nomad Unit(HD Supply invoice#E240696) | 5 | 7/24/2015 | 8/1/2015 | 7/30/2020 | 41,900.00 | No | (8,380.00) | 25,140.00 | (16,760.00) | 25,140.00 | (25,140.00) | 16,760.00 | (698.33) | (698.33) | (698.33) |
| Trimble Nomad Unit(HD Supply invoiced?27959) | 5 | 7/30/2015 | 8/1/2015 | 7/30/2020 | 20,950.00 | No | (4,190.00) | 12,570.00 | (8,380.00) | 12,570.00 | (12,570.00) | 8,380.00 | (349.17) | (349.17) | (349.17) |
| TR850 touchbook unit &$ Shoulder Strap | 5 | 7/13/2015 | 8/1/2015 | 7/30/2020 | 1,350.00 | No | (270.00) | 810.00 | (540.00) | 810.00 | (810.00) | 540.00 | (22.50) | (22.50) | (22.50) |
| TR850 touchbook unit &$Shoulder Strap | 5 | 10/23/2015 | 11/1/2015 | 10/30/2020 | 1,350.00 | No | (270.00) | 877.50 | (270.00) | 877.50 | (472.50) | 607.50 | (22.50) | (22.50) | (22.50) |
| 22 Trimble Nomad Unit *WOLE** | 5 | 4/21/2016 | 5/1/2016 | 4/30/2021 | 34,597.50 | No | (4,609.00) | 29,938.50 | (4,609.00) | 29,938.50 | (11,522.50) | 23,045.00 | (576.13) | (576.13) | (576.13) |
| 12 x Trimble Units (Mobile Demand) | 5 | 4/15/2016 | 5/1/2016 | 4/30/2021 | 68,506.50 | No | (13,701.30) | 45,671.00 | (22,835.50) | 45,671.00 | (36,536.80) | 31,959.70 | (1,141.78) | (1,141.78) | (1,141.78) |
| 6 x TC6xw Tablets (Mobile Demand) with shoulder straps | 5 | 9/30/2016 | 10/1/2016 | 9/30/2021 | 18,485.00 | No | (924.25) | 17,560.75 | (924.25) | 17,560.75 | (4,621.25) | 13,863.75 | (308.08) | (308.08) | (308.08) |
| 50 x TR650 Tablets (8" Displays with battery and adaptor) | 5 | 10/13/2016 | 11/1/2016 | 10/30/2021 | 32,065.00 | No | (1,068.83) | 30,996.17 | (1,068.83) | 30,996.17 | (7,481.83) | 24,583.17 | (534.42) | (534.42) | (534.42) |
| 9* TR650 Tablet (8" shell) | 5 | 12/24/2017 | 1/1/2017 | 12/30/2021 | 18,672.00 | No | (187.15) | | (187.15) | | (3,423.20) | 15,248.80 | (311.20) | (311.20) | (311.20) |
| 15 TR850 Touchbook units with shoulder straps (from Mobile Demand) | 5 | 2/2/2018 | 3/1/2017 | 2/28/2023 | 9,058.00 | No | (880.38) | | (880.38) | | (1,509.67) | 7,548.33 | (150.97) | (150.97) | (150.97) |
| | 5 | 2/15/2018 | 3/1/2017 | 2/28/2023 | 86,542.00 | No | | | | | (1,446.04) | 79,253.18 | (94.20) | (94.20) | (94.20) |
| | 5 | 3/9/2017 | 4/1/2017 | 3/31/2022 | 5,250.00 | No | (641.67) | 773.85 | (641.67) | 773.85 | (1,446.04) | 4,333.33 | (87.50) | (87.50) | (87.50) |
| | 5 | 10/26/2016 | 11/1/2016 | 10/31/2021 | 13,863.75 | No | (462.13) | 13,401.63 | (462.13) | 13,401.63 | (3,234.88) | 10,628.88 | (231.06) | (231.06) | (231.06) |
| Total | | | | | 508,261.95 | | | | | | | | | | |
| **Trailers** | | | | | | | | | | | | | | | |
| Generator for trailer | 5 | 11/13/2009 | 12/1/2009 | 11/30/2014 | 6,773.00 | No | (6,773.00) | - | (6,773.00) | - | (6,773.00) | - | | | |
| 5" DG notary fee | 5 | 2/5/2010 | 2/1/2010 | 1/30/2015 | 1,027.47 | No | (1,027.47) | (0.00) | (1,027.47) | (0.00) | (1,027.47) | (0.00) | | | |
| Trailers | 5 | 6/5/2010 | 7/1/2010 | 6/30/2015 | 1,393.74 | No | (1,393.74) | - | (1,393.74) | - | (1,393.74) | - | | | |
| | 5 | 3/31/2011 | 4/1/2011 | 3/30/2016 | 3,743.00 | No | (3,743.00) | - | (3,743.00) | - | (3,743.00) | - | | | |
| Generator for Plasma Trailer - Valentine Mechanical Services, LLC - Model 5735 17.5 Portable | 5 | 1/6/2012 | 2/1/2012 | 1/30/2017 | 6,416.25 | No | (1,283.25) | 106.94 | (6,309.37) | 106.94 | (6,416.25) | - | (48.37) | (48.37) | (48.37) |
| Plasma trailer (Wagonmaster truck and trailer) | 5 | 4/15/2016 | 5/1/2016 | 4/30/2021 | 5,590.00 | No | (880.38) | 773.85 | (1,347.24) | 773.85 | (2,708.46) | 195.46 | (782.50) | (782.50) | (782.50) |
| Vac-Tron Vacuum Excavator | 5 | 3/31/2018 | 5/1/2017 | 3/31/2022 | 49,180.96 | No | (460.16) | | (460.16) | | (2,760.97) | 3,250.00 | (819.68) | (819.68) | (819.68) |
| Total | | | | | 79,802.60 | | | | | | | | | | |
| **Equipment** | | | | | | | | | | | | | | | |
| Generator for trailer | 5 | 3/12/2010 | 3/31/2015 | 3/31/2015 | 2,832.91 | No | (2,832.91) | - | (2,832.91) | - | (2,832.91) | - | | | |
| Generator for plasma trailer | 5 | 5/25/2010 | 6/1/2010 | 5/30/2015 | 2,307.50 | No | (2,307.50) | - | (2,307.50) | - | (2,307.50) | - | | | |
| Powermax 45 plasma torch | 5 | 6/5/2010 | 7/1/2010 | 6/30/2015 | 1,393.74 | No | (1,393.74) | - | (1,393.74) | - | (1,393.74) | - | | | |
| Grainger | 5 | 10/21/2010 | 11/1/2010 | 10/30/2015 | 1,337.23 | No | (1,337.23) | - | (1,337.23) | - | (1,337.23) | - | | | |
| Generator for plasma trailer | 5 | 7/15/2011 | 8/1/2011 | 7/30/2016 | 3,995.77 | No | (466.17) | 112.27 | (3,995.77) | 112.27 | (3,995.77) | - | (66.31) | (66.31) | (66.31) |
| Plasma, percor max 45 system | 5 | 2/29/2012 | 3/1/2012 | 2/28/2017 | 2,760.97 | No | (460.16) | 67.76 | (2,623.93) | 67.76 | (2,760.97) | - | (65.37) | (65.37) | (65.37) |
| Sno/ark W-1250 Sharp motor field tester | 5 | 9/20/2011 | 10/1/2011 | 9/30/2016 | 2,032.93 | No | (1,347.24) | 67.76 | (1,965.17) | 67.76 | (2,032.93) | - | (33.88) | (33.88) | (33.88) |
| two handheld devices | 5 | 4/10/2012 | 5/1/2012 | 4/30/2017 | 1,428.25 | No | (465.00) | 465.18 | (406.49) | 465.18 | (2,347.29) | 80.94 | (39.68) | (39.68) | (39.68) |
| | 5 | 3/7/2012 | 4/1/2012 | 3/31/2017 | 9,263.57 | No | (1,852.11) | 465.18 | (8,800.39) | 465.18 | (9,263.57) | - | (23.85) | (23.85) | (23.85) |
| Total | | | | | | | | | | | | | | | |

| Category Description | Asset (Years) | Date Acquired | Depreciation Start Date | Depreciation End Date | Cost | Sold | | | | Accum Depr | NBV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plasma cutter | 5 | 8/23/2012 | 9/1/2012 | 8/31/2017 | 3,386.93 | No | (677.39) | (2,935.34) | 451.59 | (3,274.02) | 112.90 | (112.90) | - | - |
| Plasma cutter and trailer | 5 | 9/24/2012 | 10/1/2012 | 9/30/2017 | 1,838.26 | No | (367.65) | (1,562.52) | 275.74 | (1,838.26) | - | - | - | - |
| Plasma cutter and trailer | 5 | 11/13/2012 | 12/1/2012 | 11/30/2017 | 1,920.00 | No | (384.00) | (1,632.00) | 288.00 | (1,920.00) | - | - | - | - |
| Plasma unit | 5 | 11/30/2012 | 12/1/2012 | 11/30/2017 | 1,817.36 | No | (363.47) | (1,484.18) | 333.18 | (1,817.36) | - | - | - | - |
| Generator + HD Supply Waterworks, Ltd | 5 | 2/19/2013 | 3/1/2013 | 2/28/2018 | 2,699.99 | No | (540.00) | (2,069.99) | 630.00 | (2,609.99) | 90.00 | (45.00) | (45.00) | |
| New Kubota L39TLB Tractor - Star Equipment Company | 5 | 6/13/2013 | 7/1/2013 | 6/30/2018 | 43,335.00 | No | (8,667.00) | (30,135.50) | 13,000.00 | (39,091.50) | 4,333.50 | (722.25) | (722.25) | |
| New 27 Kw Generac Generator - Pan American Power Corp | 5 | 7/29/2013 | 8/1/2013 | 7/31/2018 | 15,021.25 | No | (3,004.25) | (10,264.52) | 4,756.73 | | 1,251.48 | (250.35) | (250.35) | |
| 1 Kubota 4 wheel drive tractor model# MX5100DT ; 1 Kubota Front Loader Model LA844 with Quick att | 5 | 12/27/2013 | 1/1/2014 | 12/31/2018 | 26,300.00 | No | (5,260.00) | (15,780.00) | 10,520.00 | (21,040.00) | 5,260.00 | (438.33) | (438.33) | |
| Hood rack lid and BBB Recoil IS | 5 | 10/29/2014 | 11/1/2014 | 10/31/2019 | 15,213.80 | No | (3,042.76) | (6,592.65) | 8,621.15 | (9,635.41) | 5,578.39 | (253.56) | (253.56) | |
| Subtotal Machinery & Equipment | | | | | | | | | | | | | | |
| Total Machinery & Equipment-Sold | | | | | | | | | | | | | | |
| Total Machinery & Equipment | | | | | 157,368.43 | | | | | | | | | |
| **Furniture & Fixtures** | | | | | | | | | | | | | | |
| Office furniture for Danicia | 5 | 3/12/2010 | 4/1/2010 | 3/31/2015 | 1,929.15 | No | - | (1,929.15) | - | (1,929.15) | - | | | |
| Furniture | 5 | 4/12/2010 | 5/1/2010 | 4/30/2015 | 4,966.00 | No | - | (4,966.00) | - | (4,966.00) | - | | | |
| Granger | 5 | 11/10/2010 | 12/1/2010 | 11/30/2015 | 1,958.54 | No | - | (1,958.54) | - | (1,958.54) | - | | | |
| Office furniture | 5 | 11/10/2010 | 12/1/2010 | 11/30/2015 | 1,100.87 | No | - | (1,100.87) | - | (1,100.87) | - | | | |
| office furniture for new downtown office | 5 | 5/5/2016 | 6/1/2016 | 5/31/2021 | 22,164.50 | No | (2,216.46) | (2,216.46) | 19,948.04 | (6,649.36) | 15,515.14 | (369.41) | (369.41) | |
| | | | | | 32,119.06 | | | | | | | | | |
| **Computer and Office Equip** | | | | | | | | | | | | | | |
| Commercial meter tester | 5 | 6/16/2009 | 7/1/2009 | 6/30/2014 | 2,871.24 | No | - | (2,871.24) | - | (2,871.24) | - | | | |
| Data-n Invoice computer | 5 | 11/13/2009 | 12/1/2009 | 11/30/2014 | 630.63 | No | - | (630.63) | - | (630.63) | - | | | |
| Office printer 5550 N | 5 | 3/20/2010 | 4/1/2010 | 3/31/2015 | 4,457.16 | No | - | (4,457.16) | - | (4,457.16) | - | | | |
| 10 seosus command lick with updated version of flexpro | 5 | 6/7/2010 | 7/1/2010 | 6/30/2015 | 4,000.00 | No | - | (4,000.00) | - | (4,000.00) | - | | | |
| | 5 | 12/9/2010 | 1/1/2011 | 12/31/2015 | 2,038.35 | No | - | (2,038.35) | - | (2,038.35) | - | | | |
| Video Conference | 5 | 4/7/2011 | 5/1/2011 | 4/30/2016 | 1,629.55 | No | - | (1,629.55) | - | (1,629.55) | - | | | |
| Firewall asset | 5 | 12/30/2011 | 1/1/2012 | 12/30/2016 | 3,314.98 | No | (108.64) | (3,314.98) | - | (3,314.98) | - | | | |
| | 5 | 11/29/2010 | 12/1/2010 | 11/30/2015 | 1,591.28 | No | - | (1,591.28) | - | (1,591.28) | - | | | |
| | 5 | 9/14/2012 | 10/1/2012 | 9/30/2017 | 1,611.91 | No | (322.38) | (1,370.12) | 241.79 | (1,611.91) | - | | | |
| Canon Printer | 5 | 1/12/2015 | 2/1/2015 | 1/31/2020 | 5,447.82 | No | (1,089.56) | (2,088.33) | 3,359.49 | (3,177.90) | 2,269.93 | (90.80) | (90.80) | |
| | | | | | 27,592.92 | | | | | | | | | |
| Total Computer and Office Equip | | | | | | | | | | | | | | |
| **Software** | | | | | | | | | | | | | | |
| Riversoft | 5 | 01/19/2010 | 2/1/2010 | 1/31/2015 | 15,000.00 | No | - | (15,000.00) | - | (15,000.00) | - | | | |
| Riversoft | 5 | 03/01/2010 | 3/1/2010 | 2/28/2015 | 10,000.00 | No | - | (10,000.00) | - | (10,000.00) | - | | | |
| Riversoft | 5 | 3/20/2010 | 4/1/2010 | 3/31/2015 | 7,985.50 | No | - | (7,985.50) | - | (7,985.50) | - | | | |
| Riversoft | 5 | 06/24/2010 | 7/1/2010 | 6/30/2015 | 10,000.00 | No | - | (10,000.00) | - | (10,000.00) | - | | | |
| Riversoft | 5 | 08/20/2010 | 9/1/2010 | 8/31/2015 | 4,809.00 | No | - | (4,809.00) | - | (4,809.00) | - | | | |
| Riversoft | 5 | 10/04/2010 | 11/1/2010 | 10/31/2015 | 7,500.00 | No | - | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 10/07/2010 | 11/1/2010 | 10/31/2015 | 15,000.00 | No | - | (15,000.00) | - | (15,000.00) | - | | | |
| Riversoft | 5 | 11/29/2010 | 12/1/2010 | 11/30/2015 | 20,000.00 | No | - | (20,000.00) | - | (20,000.00) | - | | | |
| Riversoft | 5 | 11/30/2010 | 12/1/2010 | 11/30/2015 | 7,500.00 | No | - | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 12/31/2010 | 1/1/2011 | 12/31/2015 | 7,500.00 | No | - | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 1/3/2011 | 2/1/2011 | 1/31/2016 | 7,500.00 | No | - | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 03/00/2011 | 3/1/2011 | 2/29/2016 | 37,528.75 | No | (1,876.44) | (37,528.75) | - | (37,528.75) | - | | | |
| Riversoft | 5 | 04/04/2011 | 5/1/2011 | 4/29/2016 | 20,992.50 | No | (1,399.50) | (20,992.50) | - | (20,992.50) | - | | | |
| Riversoft | 5 | 04/12/2011 | 5/1/2011 | 4/30/2016 | 4,809.00 | No | (500.00) | (4,809.00) | - | (4,809.00) | - | | | |
| Riversoft | 5 | 6/7/2011 | 7/1/2011 | 6/30/2016 | 7,500.00 | No | (625.00) | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 7/22/2011 | 8/1/2011 | 7/30/2016 | 21,060.00 | No | (1,060.00) | (21,060.00) | - | (21,060.00) | - | | | |
| Riversoft | 5 | 7/22/2011 | 8/1/2011 | 7/30/2016 | 21,600.00 | No | (2,520.00) | (21,600.00) | - | (21,600.00) | - | | | |
| Riversoft | 5 | 7/28/2011 | 8/1/2011 | 7/30/2016 | 21,937.50 | No | (2,559.38) | (21,937.50) | - | (21,937.50) | - | | | |
| Riversoft | 5 | 7/28/2011 | 8/1/2011 | 7/30/2016 | 49,303.33 | No | (5,732.86) | (49,303.33) | - | (49,303.33) | - | | | |
| Riversoft | 5 | 9/8/2011 | 10/1/2011 | 9/29/2016 | 7,500.00 | No | (7,395.50) | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 9/8/2011 | 10/1/2011 | 9/29/2016 | 7,500.00 | No | (1,125.00) | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 9/30/2011 | 10/1/2011 | 9/29/2016 | 7,500.00 | No | (1,125.00) | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 10/31/2011 | 11/1/2011 | 10/30/2016 | 49,303.33 | No | (8,217.22) | (49,303.33) | - | (49,303.33) | - | | | |
| Riversoft | 5 | 03/17/2011 | 4/1/2011 | 3/31/2016 | 5,000.00 | No | (833.33) | (5,000.00) | - | (5,000.00) | - | | | |
| Riversoft | 5 | 11/29/2016 | 12/1/2016 | 11/29/2016 | 7,500.00 | No | (1,375.00) | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 11/30/2011 | 12/1/2011 | 11/29/2016 | 7,500.00 | No | (1,375.00) | (7,500.00) | - | (7,500.00) | - | | | |
| Riversoft | 5 | 12/30/2011 | 1/1/2012 | 12/30/2016 | 21,600.00 | No | (1,500.00) | (21,600.00) | - | (21,600.00) | - | | | |
| Riversoft | 5 | 2/14/2012 | 2/28/2017 | 2/28/2017 | 17,500.00 | No | (3,500.00) | (16,916.67) | 583.33 | (17,500.00) | 583.33 | | | |
| Riversoft | 5 | 3/19/2012 | 4/1/2012 | 3/31/2017 | 19,000.00 | No | (3,800.00) | (18,050.00) | 950.00 | (19,000.00) | 950.00 | | | |
| Doubleoaks Technologies | 5 | 6/21/2012 | 7/1/2012 | 6/30/2017 | 10,000.00 | No | (2,000.00) | (9,000.00) | 1,000.00 | (10,000.00) | 1,000.00 | | | |
| Doubleoaks Technologies | 5 | 9/17/2012 | 10/1/2012 | 9/30/2017 | 9,500.00 | No | (1,900.00) | (8,158.33) | 1,341.67 | | 1,650.00 | | | |
| One time fee for install of oracle software (Tier 1 SW Solutions) | 5 | 10/18/2012 | 11/1/2012 | 10/31/2017 | 6,162.50 | No | (1,232.50) | (5,135.42) | 1,027.08 | (6,162.50) | 1,027.08 | | | |
| MeterX Software Upgrade (Doubleoaks Technologies) | 5 | 1/12/2015 | 2/1/2015 | 1/31/2020 | 23,000.00 | No | (4,600.00) | (8,816.67) | 14,183.33 | (13,416.67) | 9,583.33 | (383.33) | (383.33) | |
| MeterX Software | 5 | 3/02/2015 | 4/1/2015 | 3/30/2020 | 11,666.00 | No | (2,333.20) | (4,083.10) | 7,582.90 | (6,416.39) | 5,249.70 | (194.43) | (194.43) | |
| MeterX Software | 5 | 3/30/2015 | 4/1/2015 | 3/30/2020 | 11,666.00 | No | (2,333.20) | (3,888.67) | 7,777.33 | (5,638.57) | 6,027.43 | (194.43) | (194.43) | |
| MeterX Development | 5 | 4/8/2015 | 5/1/2015 | 4/29/2020 | 11,666.00 | No | (2,333.20) | (3,888.67) | 7,777.33 | (6,233.87) | 5,444.13 | (194.43) | (194.43) | |

| Category Description | Asset (Years) | Date Acquired | Depreciation Start Date | Depreciation End Date | Cost | Sold | | | | Accum Depr | NBV | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doubletake technologies software | 5 | 9/1/2015 | 10/1/2015 | 9/29/2020 | 5,833.00 | No | (1,166.60) | (1,458.25) | 4,374.75 | (2,624.85) | 3,208.15 | (97.22) | (97.22) | (97.22) | (97.22) |
| Meter X form BDX Innovations | 5 | 7/1/2016 | 8/1/2016 | 7/31/2021 | 19,200.00 | No | (1,600.00) | (1,600.00) | 17,600.00 | (5,440.00) | 13,760.00 | (320.00) | (320.00) | (320.00) | (320.00) |
| Meter X | 5 | 5/4/2015 | 6/1/2015 | 5/30/2020 | 11,666.00 | No | (2,333.20) | (3,694.23) | 7,971.77 | (6,027.43) | 5,638.57 | (194.43) | (194.43) | (194.43) | (194.43) |
| | | | | | | | | | - | | | | | | |
| Total Including Software | | | | | 2,062,150.71 | | | | 641,182.74 | | | | | | |
| | | | | | | | (278,752.20) | (1,216,276.40) | 714,382.43 | (1,459,852.58) | 692,298.13 | (20,899.69) | (20,703.70) | (20,854.52) |
| Accumulated Depreciation | | | | | | | (1,216,276.40) | | | | | (20,899.69) | (41,603.38) | (62,457.90) |
| NBV | | | | | | | | | | | | 581,398.45 | 560,694.75 | 539,840.23 |
| GL | | | | | | | | | | | | | 560,694.75 | 539,840.23 |
| Gap | | | | | | | | | | | | | 0.00 | 539,840.23 |

Debtor   **XtraLight Manufacturing, Ltd.**   Case number *(If known)*  **18-31857-H1-11**
_____
Name

43.  **Total of Part 7.**                                                    | $505,144.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Automobiles - See Fixed Asset Schedule**<br>**attached as Exhibit B39.**<br>**Manufacturing Division: $26,912**<br>**UMS Divison: $199,916** | $226,828.00 | | $226,828.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.   **Trailers - See Fixed Asset Schedule**<br>**attached as Exhibit B39.**<br>**UMS Division** | $39,838.00 | | $39,838.00 |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Machinery and Equipment - See Fixed Asset**<br>**Schedule attached as Exhibit B39.**<br>**Manufacturing Division: $1,346,118**<br>**UMS Division: $13,595** | $1,359,713.00 | | $1,359,713.00 |

51.  **Total of Part 8.**                                                    | $1,626,379.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:   Real property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor __XtraLight Manufacturing, Ltd._____     Case number *(If known)* __18-31857-H1-11__
          Name

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets **Versatile Lighting Units U.S. Patent No. 8,764,236, filed July 25, 2012, and issued July 1, 2014. Versatile Lighting Units U.S. Patent No. 8,322,906, filed August 8, 2011, and issued December 4, 2012. Fluorescent Light Fixture U.S. Patent No. 6,428,183, issued August 6, 2002. Systems and Methods for Providing a Field Repairable Light Fixture with a Housing that Dissipates Heat U.S. Patent No. 9,644,829, issued May 9, 2017.** | $0.00 | | Unknown |
| 61.  Internet domain names and websites **xlm.com unswater.com** | $0.00 | | Unknown |
| 62.  Licenses, franchises, and royalties **See business licenses attached as Exhibit B62.** | $0.00 | | Unknown |
| 63.  Customer lists, mailing lists, or other compilations | | | |
| 64.  Other intangibles, or intellectual property **Trademarks: Serial No. Reg. No Word Mark 85196762 4055255 XTRALIGHT MANUFACTURING 85196743 4055254 XTRALIGHT MANUFACTURING 85196501 4048120 XTRALIGHT 85196470 4048119 XTRALIGHT** | Unknown | | $0.00 |
| 65.  Goodwill | | | |

**66.  Total of Part 10.**     | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| State | License Number | Name on License | State Registration | Classification | Expiration |
|---|---|---|---|---|---|
| AL | 03802 | XtraLight Manufacturing, Ltd. | XtraLight Manufacturing, Ltd. | Electrical Contractor | 6/30/2018 |
| AL | 47871 | XTRALIGHT MANUFACTURING, LTD | XtraLight Manufacturing, Ltd. | General Contractor | 7/31/2018 |
| AR | 0204030518 | XtraLight Manufacturing, Ltd., d/b/a Utility Metering Solutions | XtraLight Manufacturing, Ltd., d/b/a Utility Metering Solutions | | |
| CA | 996220 | XTRALIGHT MANUFACTURING LP | XTRALIGHT MANUFACTURING LP | Electrical, Building (C&R), Specialty C-36 Plumbing/C-10 Electrical Underground Utility and Excavation | 5/31/2018 8/31/2018 |
| FL | CUC1224402 | Utility Metering Solutions (UMS) | | Contractor | 8/31/2018 |
| FL | EC13008119 | XTRALIGHT MANUFACTURING, LTD. | | Electrical Contractor | 8/31/2018 |
| GA | EN215950 | Allen Ray Kirk | | Electrical Contractor | 6/30/2018 |
| GA | UC302282 | X-Tra Manufacturing Partnership Ltd | | Utility | 4/30/2017 |
| KY | CE64478, ME64370 | Allen R Kirk XTRALIGHT MANUFACTURING LTD | XTRALIGHT MANUFACTURING LTD | Electrical | 8/19/2019 |
| LA | 54781 | XTRALIGHT MANUFACTURING PARTNERSHIP, LTD | XTRALIGHT MANUFACTURING, LTD | Electrical, Installation, Test, Recalibration, and Repair of Meters | 5/19/2019 |
| MS | 18941-MC | XTRALIGHT MANUFACTURING LTD, A TEXAS LIMITED PARTNERSHIP DBA UTILITY METERING SOLUTIONS | Xtralight Manufacturing, LTD DBA Utility Metering Solutions | Electrical, Installation of Equipment, Machinery, and Engines | 4/8/2012 |
| NC | 74004 | XTRALight Manufacturing, Ltd., T/A XTRALight Manufacturing Limited Partnership | Xtralight Manufacturing Limited Partnership | General Contractor - PU (Water Lines and Sewer Lines) | 12/31/2017 |
| NC | 11856-U | XtraLight Manufacturing Limited Partnership | XtraLight Manufacturing Limited Partnership | Electrical | 11/30/2018 |
| ND | 49528 | XTRALIGHT MANUFACTURING LP | XTRALIGHT MANUFACTURING LP | Electrical | 3/1/2018 |
| NM | 382032 | XTRALIGHT MANUFACTURING LTD, LP | XTRALIGHT MANUFACTURING LTD, LP | Class A - General Contractor | 5/31/2020 |
| OH | 46595 | XTRALIGHT MANUFACTURING LTD | XTRALIGHT MANUFACTURING, LTD | GS-29 Meter Replacement | 12/15/2019 |
| SC | M111746 | XTRA LIGHT MANUFACTURING PTN LTD | | Electrical | 12/15/2019 |
| SC | G118361 | XTRA LIGHT MANUFACTURING PTN LTD | | ELS - Electrical WLS - General Contractor | 10/31/2017 10/31/2018 |
| TN | 00062568 | XTRA LIGHT MANUFACTURING, LTD | XTRALIGHT MANUFACTURING, LTD | Specialty - Water Meter Installation and Lighting Retrofit and Replacement | 7/31/2019 |
| TX | 28555 | XTRA LIGHT MANUFACTURING LTD | XtraLight Manufacturing, Ltd. | Electrical | 2/20/2018 |
| UT | 9360566-5502 | ALLEN KIRK | | Master Electrician | 11/30/2018 |
| VA | 2705136244 | XTRALIGHT MANUFACTURING PARTNERSHIP LTD UTILITY METERING SOLUTIONS | | Class A Contractor - ELE, H/H | 9/30/2018 |
| WI | 1312564 | Allen Ray Kirk | | Master Electrician | 6/30/2018 |
| WV | M082799RENC0711 | ALLEN R KIRK | | Master Electrician | 6/30/2018 |



EXHIBIT

tabbies

Debtor   **XtraLight Manufacturing, Ltd.**　　　　　　　　　　Case number *(If known)*  **18-31857-H1-11**
　　　　　　　Name

68.　　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

　　　■ No
　　　☐ Yes

69.　　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**

　　　■ No
　　　☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No.  Go to Part 12.
　　■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**　Notes receivable<br>　　Description (include name of obligor) | |
| **72.**　Tax refunds and unused net operating losses (NOLs)<br>　　Description (for example, federal, state, local) | |
| **73.**　Interests in insurance policies or annuities<br>　**Zurich American Insurance Company, Policy Number CPP008628503, Building and Content Property Insurance** | Unknown |
| 　**Regions Ins. Inc - Fort Smith:**<br>　**General Liability Insurance, Policy No. xxxxx2526;**<br>　**Automobile Liability Insurance, Policy No. xxxx2526;**<br>　**Umbrella Liability Insurance, Policy No. xxxx379A;**<br>　**Workers Compensation Insurance, Policy No. xxxx0136;**<br>　**Installation F/T and Leased/Rent Equipment, Policy No. xxxx8503** | Unknown |
| **74.**　Causes of action against third parties (whether or not a lawsuit has been filed) | |
| **75.**　Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| **76.**　Trusts, equitable or future interests in property | |
| **77.**　Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
| 　**Affiliate Receivable - Cay Capital LLC** | $33,347.30 |

**78.**　**Total of Part 11.**

　　　Add lines 71 through 77. Copy the total to line 90.　　　　　　　　　　| $33,347.30 |

**79.**　**Has any of the property listed in Part 11 been appraised by a professional within the last year?**

　　　■ No
　　　☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor   **XtraLight Manufacturing, Ltd.**
Name

Case number *(if known)*   **18-31857-H1-11**

Debtor   **XtraLight Manufacturing, Ltd.**
_____
     Name

Case number *(if known)*   **18-31857-H1-11**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $118,837.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $199,603.91 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,085,686.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $217,953.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,376,113.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $505,144.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,626,379.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $33,347.30 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,163,065.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,163,065.08 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **XtraLight Manufacturing, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-31857-H1-11**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.1  ALIEF ISD TAX ASSESSOR/COLLECTOR**
Creditor's Name

**14051 BELLAIRE BLVD #100**
**HOUSTON, TX 77083**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Inventory maintained at GI Circuits, 10850 W Wilcrest Dr., Houston, Texas**

Describe the lien
**2018 Accrued Personal Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Amount of claim: **$0.00**    Value of collateral: **$0.00**

---

**2.2  AMADA AMERICA INC**
Creditor's Name

**7025 FIRESTONE BLVD**
**BUENA PARK, CA 90621**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/03/2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**One  Amada NC Laser Cutting Machine, Model LCG3015AJ-3K Paid in Full. Lien has not been terminated.**

Describe the lien
**UCC LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$0.00**    Value of collateral: **$0.00**

---

Debtor  **XtraLight Manufacturing, Ltd.**
_____
Name

Case number (if know)  **18-31857-H1-11**
_____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **BBVA COMPASS BANK** |
Creditor's Name

**2200 POST OAK BLVD
20TH FL
HOUSTON, TX 77056**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Manufacturing Equipment**

Describe the lien
**Equipment Note D**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$250,000.00    $0.00

---

| 2.4 | **BBVA COMPASS BANK** |
Creditor's Name

**2200 POST OAK BLVD
20TH FL
HOUSTON, TX 77056**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Laser Cutter**

Describe the lien
**Equipment Note E**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$481,412.00    $0.00

---

| 2.5 | **BBVA COMPASS BANK** |
Creditor's Name

**2200 POST OAK BLVD
20TH FLOOR
HOUSTON, TX 77056**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Assets of Debtor**

Describe the lien
**Cross Collateralized Loan**
Is the creditor an insider or related party?
■ No

$4,300,000.00    $0.00

---

Official Form 206D       **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 4

Debtor   **XtraLight Manufacturing, Ltd.**
Name

Case number (if know)   **18-31857-H1-11**

Creditor's email address, if known

**Date debt was incurred**
**4/23/2010**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No       .
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **CRESTRON ELECTRONICS INC** | | | $0.00 | $0.00 |

Creditor's Name

**15 VOLVO DRIVE**
**ROCKLEIGH, NJ 07647**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Electronic goods and merchandise bearing Crestron trademark**

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**
**7/5/2013**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **HARRIS COUNTY, ET AL** | | | $22,000.00 | $0.00 |

Creditor's Name

**c/o TARA GRUNDEMEIER**
**LINEBARGER GOGGAN**
**BLAIR & SAMPSON LLP**
**P O BOX 3064**
**HOUSTON, TX 77253-3064**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real and personal property located at 8812 Frey Road, Houston, Texas.  *All local taxes combined**

**Describe the lien**
**2018 Accrued Real (Leasehold) and Personal Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **XtraLight Manufacturing, Ltd.**
Name

Case number (if known)  **18-31857-H1-11**

---

| 2.8 | **ORBIAN FINANCIAL SERVICES II LLC** |
|---|---|

Creditor's Name

**200 CONNECTICUT AVE NORWALK, CT 06854**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/11/2010**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts or A/R owed to Debtor by Siemens Industry Inc.**

**Describe the lien**
**UCC LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    $0.00

---

| 2.9 | **PASADENA ISD TAX ASSESSOR/COLLECTOR** |
|---|---|

Creditor's Name

**2223 STRAWBERRY ROAD PASADENA, TX 77502**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real and personal property located at 8812 Frey Road, Houston, Texas. *See Item 2.7**

**Describe the lien**
**2018 Accrued Real (Leasehold) and Personal Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

$0.00    $0.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $5,053,412.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  __XtraLight Manufacturing, Ltd.__

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  __18-31857-H1-11__

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | $0.00 |

**2.1** Priority creditor's name and mailing address

**Texas Comptroller of Public
Accounts
Revenue Accounting Division
Bankruptcy Section
P O Box 12548
Austin, TX 78711-2548**

Date or dates debt was incurred
**March/April 2018 Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_8_)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **$0.00**

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**A & C PLASTICS
6135 NORTHDALE
HOUSTON, TX 77087-5034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: **$5,642.00**

**3.2** Nonpriority creditor's name and mailing address

**A.A.G. STUCCHI NORTH AMERICA
5080 NORTH ROYAL ATLANTA DRIVE
TUCKER, GA 30084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: **$1,770.00**

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number *(if known)* | **18-31857-H1-11** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>AARON DANIEL GADD<br>c/o ADAM J SHAFRAN<br>RUDOLPH FRIEDMANN LLP<br>92 STATE STREET<br>BOSTON, MA 02109<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** WAGE CLAIM LITIGATION<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ABATIX CORP.<br>PO BOX 671202<br>DALLAS, TX 75267-1202<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$297.73** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>ALKOTE INC.<br>13 FARRELL ST.<br>HOUSTON, TX 77022<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$648.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>ALL AMERICAN GASKET<br>291 HOWARD STREET<br>BROCKTON, MA 02302<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,843.79** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>ALLIED ELECTRONICS INC.<br>7151 JACK NEWELL BLVD. S<br>FORT WORTH, TX 76118<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$166.37** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>ALMECO USA<br>1610 SPECTRUM DR.<br>LAWRENCEVILLE, GA 30043<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes [a] | **$42,448.70** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>ALP<br>PO BOX 95023<br>PALATINE, IL 60095-0023<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$617.76** |

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number (if known) | **18-31857-H1-11** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ANTHONY NORMAN**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** WAGE CLAIM LITIGATION

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,920.00 |
|---|---|---|---|

**ARROW ELECTRONICS**
**2901 WILCREST, SUITE 120**
**HOUSTON, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,652.87 |
|---|---|---|---|

**BADGER METER**
**BOX 88223**
**MILWAUKEE, WI 53288-0223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,052.64 |
|---|---|---|---|

**BEST LIGHTING PRODUCTS**
**1213 ETNA PARKWAY**
**PATASKALA, OH 43062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $596.89 |
|---|---|---|---|

**BLACKLAND PRECISION HARDWARE**
**1700 BRYANT DR., SUITE 208**
**ROUND ROCK, TX 78664-3899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.27 |
|---|---|---|---|

**BR WELDING SUPPLY, LLC**
**125 THRUWAY PARK**
**BROUSSARD, LA 70518-3602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**BRIOS MEDIA**
**715 WILDFLOWER RIDGE RD**
**WAKE FOREST, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number (if known) | **18-31857-H1-11** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address
**CASNER & EDWARDS**
**303 CONGRESS STREET**
**BOSTON, MA 02210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$59,143.02**

---

**3.18** | Nonpriority creditor's name and mailing address
**CHERYL ROBINSON**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.19** | Nonpriority creditor's name and mailing address
**CHRISTIAN HOWELL**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.20** | Nonpriority creditor's name and mailing address
**COBURN'S WHOLESALE DISTRIBUTORS**
**P O BOX 99001**
**DENHAM SPRINGS, LA 70727**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$695.80**

---

**3.21** | Nonpriority creditor's name and mailing address
**CONSOLIDATED METAL PRODUCTS**
**FLACK GLOBAL METALS**
**PO BOX 71785**
**CHICAGO, IL 60694-1785**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.22** | Nonpriority creditor's name and mailing address
**CONSOLIDATED PIPE AND SUPPLY**
**DEPT. 3147**
**PO BOX 2153**
**BIRMINGHAM, AL 35287-3147**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,326.06**

---

**3.23** | Nonpriority creditor's name and mailing address
**CORPORATE UNICORN LIMITED**
**EDF. COMERCIAL SI TOI J8**
**AVENIDA DA PRAIA GRANDE NO.619**
**MACAU**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$89,828.80**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number (if known) | **18-31857-H1-11** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
CUSTOM ALUMINUM PRODUCTS,INC.
500 DIVISION STREET
SOUTH ELGIN, IL 60177

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,699.87

---

**3.25**

**Nonpriority creditor's name and mailing address**
D. B. ROBERTS
P O BOX 840019
DALLAS, TX 75284-0019

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$203.46

---

**3.26**

**Nonpriority creditor's name and mailing address**
DAVID M WENDOWSKI
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: WAGE CLAIM LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.27**

**Nonpriority creditor's name and mailing address**
DAYLIGHT TRANSPORT, LLC.
PO BOX 93155
LONG BEACH, CA 90809

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$264.50

---

**3.28**

**Nonpriority creditor's name and mailing address**
DEL'S PLATING WORKS
8736 SCHUMACHER LANE
HOUSTON, TX 77063

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$112.00

---

**3.29**

**Nonpriority creditor's name and mailing address**
DERRICK DAVIES
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: WAGE CLAIM LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.30**

**Nonpriority creditor's name and mailing address**
DIANN STAFFORD
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: WAGE CLAIM LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | XtraLight Manufacturing, Ltd. | Case number (if known) | 18-31857-H1-11 |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,289.58

DIGI-KEY CORPORATION
701 BROOKS AVENUE SOUTH
THIEF RIVER FALLS, MN 56701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

DREW TAYLOR FRENETTE
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  WAGE CLAIM LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.00

ENCAPSULITE
P O BOX 1086
ROSENBERG, TX 77471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.58

ENGINEERED PRODUCTS CO.
5401 SMETANA DRIVE
MINNETONKA, MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,011.50

ESPEN TECHNOLOGY
12257 FLORENCE AVENUE
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $874.02

ESQUIRE WIRE INC.
2624 MADISON STREET
CLARKSVILLE, TN 37043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,750.00

EXCERGY
3773 CHERRY CREEK NORTH DRIVE
SUITE 575
DENVER, CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **XtraLight Manufacturing, Ltd.**
_____
Name

Case number (if known)   **18-31857-H1-11**

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.13 |

**FEDEX FREIGHT**
DEPT CH
P O  BOX 10306
PALATINE, IL 60055-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.10 |

**FERGUSON ENTERPRISES**
PO BOX 100286
ATLANTA, GA 30384-0286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,253.05 |

**FULHAM CO., INC.**
PO BOX 845686
LOS ANGELES, CA 90084-5686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,064.97 |

**FUTURE ELECTRONICS**
11451 KATY FRWY
SUITE 201
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,306.90 |

**GE LIGHTING**
P O BOX 846298
DALLAS, TX 75284-6298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.60 |

**GE LIGHTING SOLUTIONS LLC**
P O BOX 406085
ATLANTA, GA 30384-2084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,727.30 |

**GI CIRCUITS, INC.**
10850 S. WILCREST DRIVE
SUITE 100
HOUSTON, TX 77099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number (if known) | 18-31857-H1-11 |
|---|---|---|---|
| | Name | | |

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00

GRAINGER
DEPT. 804222032
PO BOX 419267
KANSAS CITY, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.28

GREEN'S BLUE FLAME GAS CO, INC
P O  BOX 40423
HOUSTON, TX 77240-0423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.42

GRIPPLE
1611 EMILY LANE
AURORA, IL 60502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

HERBERT WILKINSON
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **WAGE CLAIM LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,120.50

IDEAL INDUSTRIES, INC.
P O BOX 92803
CHICAGO, IL 60675-2803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,350.00

ILLUMINATION CASUALTY CORP
8812 FREY ROAD
HOUSTON, TX 77034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pro rata premiums for 3 months (estimate)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650,000.00

ILLUMINATION CASUALTY CORP
8812 FREY ROAD
HOUSTON, TX 77034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number *(if known)* | **18-31857-H1-11** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200,000.00**

ILLUMINATION CASUALTY CORP
8812 FREY ROAD
HOUSTON, TX 77034

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,620.00**

INTEGRITY PLUMBING
12018 REATA
RICHMOND, TX 77469

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00**

INTERTEK TESTING SERVICES
P.O. BOX 405176
ATLANTA, GA 30384-5176

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,346.87**

INVENTRONICS USA, INC.
2825 S. TULSA AVENUE
OKLAHOMA CITY, OK 73108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**

IOTA ENGINEERING CO.
P O  BOX 11846
TUCSON, AZ 85734

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000,000.00**

ISRAEL APONTE
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WAGE CLAIM LITIGATION - CLAIM AMOUNT IS INCLUSIVE OF ALL CLAIMANTS IN THE LITIGATION.__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

JACK ROSE
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

Debtor   **XtraLight Manufacturing, Ltd.**                                    Case number (if known)   **18-31857-H1-11**
_____
Name

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**JACYN NORFLEET**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WAGE CLAIM LITIGATION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**JAMIL GIMENEZ**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WAGE CLAIM LITIGATION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**JAY LEVEY**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WAGE CLAIM LITIGATION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**JEREMY A GONSALVES**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **WAGE CLAIM LITIGATION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JERRY CAROOM**
**8812 FREY ROAD**
**HOUSTON, TX 77034**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment Lease - 2015 Bentley, 2013 Bentley, 2017 MB E300**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $893,930.45 |

**JERRY CAROOM**
**D/B/A XTRALIGHT SERVICES**
**8812 FREY ROAD**
**HOUSTON, TX 77034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Affiliate**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **XtraLight Manufacturing, Ltd.** | Case number (if known) | **18-31857-H1-11** |
|---|---|---|---|
| | Name | | |

---

**3.65** | Nonpriority creditor's name and mailing address

**JOHN MARCO RAMOS**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address

**JOSEPH MANUEL AZEVEDO**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address

**JULIAN JOSEPH AZEVEDO**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address

**JULIAN P AZEVEDO**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      Unknown

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address

**KEELING COMPANY**
**6615 THEALL RD**
**HOUSTON, TX 77066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $93,285.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address

**KENTWOOD SPRINGS**
**P O BOX 660579**
**DALLAS, TX 75266-0579**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $103.33

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address

**KLARO SOLUTIONS, INC**
**9614 TREE TOPS LAKE ROAD**
**TAMPA, FL 33626**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $4,791.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **XtraLight Manufacturing, Ltd.**
_____
Name

Case number (if known)   **18-31857-H1-11**

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

**KYLE CHEVALIER**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  WAGE CLAIM LITIGATION

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.18

**LEGACY PAPER & PACKAGING**
**15550 VICKERY DRIVE # 150**
**HOUSTON, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,452.39

**LEVITON MFG DEPT #05510**
**P O  BOX 405362**
**ATLANTA, GA 30384-5362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LINO GRACE**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  WAGE CLAIM LITIGATION

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00

**LUTRON ELECTRONICS CO., INC.**
**P O BOX 643782**
**PITTSBURGH, PA 15264-3782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**MANUEL AZEVEDO**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  WAGE CLAIM LITIGATION

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**MARTIN THOMAS FORHAN**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  WAGE CLAIM LITIGATION

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **XtraLight Manufacturing, Ltd.**
Name

Case number (if known)  **18-31857-H1-11**

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

MATTHEW LISOWSKI
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **WAGE CLAIM LITIGATION**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,047.77 |
|---|---|---|---|

MCMASTER-CARR SUPPLY CO.
P O BOX 7690
CHICAGO, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.80 |
|---|---|---|---|

MISUMI USA
26797 NETWORK PLACE
CHICAGO, IL 60673-1267

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

MOBILE DEMAND
1501 BOYSON SQUARE DRIVE
HLAWATHA, IA 52233

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.42 |
|---|---|---|---|

MOBILE FASTENERS
P O BOX 897
S HOUSTON, TX 77587

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

MOBILE MODULAR PORTABLE STORAGE
4445 EAST SAM HOUSTON PKWY S
PASADENA, TX 77505

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,284.00 |
|---|---|---|---|

MOUSER ELECTRONICS
P.O. BOX 99319
FORT WORTH, TX 76199-0319

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **XtraLight Manufacturing, Ltd.**
_____
Name

Case number (if known)  **18-31857-H1-11**

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.03 |

**MSC INDUSTRIAL SUPPLY CO. INC.**
PO BOX 953635
ST LOUIS, MO 63195-3635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.81 |

**MUSTANG DELIVERY SERVICES**
PO BOX 70090
HOUSTON, TX 77270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**NATANAEL ARAGON-MARTINEZ**
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  WAGE CLAIM LITIGATION

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.76 |

**NEWARK/element14**
33190 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.22 |

**PACIFIC DIE CAST**
P O BOX 369
OLDSMAR, FL 34677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,419.52 |

**PEXCO, LLC - PHILADELPHIA**
P O BOX 532180
ATLANTA, GA 30353-2180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,606.28 |

**PHILIPS LIGHTING**
P O BOX 100194
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **XtraLight Manufacturing, Ltd.**                                     Case number (if known)    **18-31857-H1-11**
          Name

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,468.00 |

**PHILIPS LIGHTING ELECTRONICS**
PO BOX 100332
ATLANTA, GA 30384-0978

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,600.00 |

**PHILIPS LIGHTING ELECTRONICS**
PO BOX 100332
ATLANTA, GA 30384-0978

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.95 |

**PRAXAIR DISTRIBUTION, INC.**
PO BOX 120812
DEPT 0812
DALLAS, TX 75312-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.00 |

**PRECISION MULTIPLE CONTROLS**
33 GREENWOOD AVE.
MIDLAND PARK, NJ 07432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,626.34 |

**PROTO LABS, INC.**
5540 PIONEER CREEK DR.
MAPLE PLAIN, MN 55359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.22 |

**PSI INDUSTRIES**
2301 YALE BLVD SE., STE C-4
ALBUQUERQUE, NM 87106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.91 |

**QUILL CORPORATION**
P.O BOX 37600
PHILADELPHIA, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **XtraLight Manufacturing, Ltd.**
_____
Name

Case number (if known) **18-31857-H1-11**

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |

**RELIANCE METAL CENTER DIV 07**
**PO BOX 843525**
**DALLAS, TX 75284-3525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,242.00 |

**SANDEE MANUFACTURING**
**10520 WAVELAND AVENUE**
**FRANKLIN PARK, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,049.85 |

**SCIENTIFIC LIGHTING PRODUCTS**
**P O BOX 840116**
**KANSAS CITY, MO 64184-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597.50 |

**SMART ELECTRIC NORTH AMERICA**
**PO BOX 427**
**CONOVER, NC 28613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.31 |

**SOUTHEASTERN FREIGHT LINES**
**P O BOX 100104**
**COLUMBIA, SC 29202-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SOUTHERN AMERICAN INSURANCE**
**AGENCY**
**13823 SCHMIDT ROAD**
**CYPRESS, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,353.36 |

**SOUTHERN CONTAINER LTD.**
**10410 PAPALOTE ST.**
**SUITE 130**
**HOUSTON, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **XtraLight Manufacturing, Ltd.**              Case number (if known)   **18-31857-H1-11**
_____
Name

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,781.66**
SOUTHERN PIPE & SUPPLY CO., INC.
PO BOX 3582
LAFAYETTE, LA 70502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,038.50**
SOUTHERN PRODUCT FINISHING
P O BOX 895
PEARLAND, TX 77588-0895

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**
STRICTLY ELECTRICAL SOLUTIONS, LLC
3603 COFFEE
PASADENA, TX 77505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**
SUPER ROOTER INC.
302 SE WALLACE TERR
PORT ST LUCIE, FL 34983

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,262.00**
THE WATT STOPPER, INC.
PO BOX 3160
CAROL STREAM, IL 60132-3160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
THOMAS J GAMBLE
c/o ADAM J SHAFRAN
RUDOLPH FRIEDMANN LLP
92 STATE STREET
BOSTON, MA 02109

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  WAGE CLAIM LITIGATION

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.99**
TIME WARNER CABLE
PO BOX 70872
CHARLOTTE, NC 28272-0872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **XtraLight Manufacturing, Ltd.**
         _____
         Name

Case number (if known)   **18-31857-H1-11**

---

**3.114** | Nonpriority creditor's name and mailing address
**TIMOTHY GREENWELL**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address
**UNIVERSAL LIGHTING TECHNOLOGIE**
**P O BOX 405128**
**ATLANTA, GA 30384-5128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$267.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address
**WARRANTY RESERVE CLAIMS**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address
**WATER ENERGY**
**ACCOUNTS PAYABLE**
**9741 TAPPENBECK DRIVE**
**HOUSTON, TX 77055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$18,187.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address
**WHOLESALE ELECTRIC SUPPLY**
**PO BOX 732778**
**DALLAS, TX 75373-2778**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,055.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address
**WILLIAM H BOUSHELL**
**c/o ADAM J SHAFRAN**
**RUDOLPH FRIEDMANN LLP**
**92 STATE STREET**
**BOSTON, MA 02109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __WAGE CLAIM LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address
**YRC (RDWY)**
**P O BOX 730375**
**DALLAS, TX 75373-0375**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,149.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

---

| Debtor | XtraLight Manufacturing, Ltd. | Case number (if known) | 18-31857-H1-11 |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 16,681,672.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 16,681,672.98 |

**Fill in this information to identify the case:**

Debtor name __**XtraLight Manufacturing, Ltd.**__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   __18-31857-H1-11__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **Month to Month** |
| | List the contract number of any government contract | **All Cleaning Services** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representation Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Allen Kirk**<br>**8812 Frey Road**<br>**Houston, TX 77034** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Birch**<br>**320 Interstate North Parkway SE**<br>**Atlanta, GA 30339** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  __XtraLight Manufacturing, Ltd.__
         First Name       Middle Name       Last Name

Case number (*if known*)  __18-31857-H1-11__

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Rental/Lease Agreement dated January 1, 2012 between Cay Capital as owner and XtraLight Manufacturing Partnership, Ltd. n/k/a XtraLight Manufacturing Ltd. as Tenant, for property and buildings located at 8812 Frey Road, Houston, TX 77034, at $34,000 per month. Terminates upond 30 days written notice.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Cay Capital LLC<br>8812 Frey Road<br>Houston, TX 77034 |

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for property located at 1117 E. Thomas Street, Hammond, Louisiana.** | |
| | State the term remaining | | Chief Investments, LLC<br>Attn Nicholas J Muscarello<br>105 Abingdon Way<br>Hammond, LA 70401 |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representation Agreement** | |
| | State the term remaining | | Cody Hayes<br>8812 Frey Road<br>Houston, TX 77034 |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease effective 8/1/2016 between Jerry Caroom as Lessor and XtraLight for 60 payments of $9,170.44. 39 months** | |
| | State the term remaining | | Jerry Caroom<br>8812 Frey Road<br>Houston, TX 77034 |
| | List the contract number of any government contract | | |

Debtor 1    XtraLight Manufacturing, Ltd.                                Case number *(if known)*    18-31857-H1-11
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  First Name        Middle Name        Last Name

### ■ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Sales Representation Agreement |
| | State the term remaining | |
| | List the contract number of any government contract | Jerry Caroom<br>8812 Frey Road<br>Houston, TX 77034 |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Sales Representation Agreement |
| | State the term remaining | |
| | List the contract number of any government contract | Joe Thomson<br>8812 Frey Road<br>Houston, TX 77034 |

| | | |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Month to Month |
| | List the contract number of any government contract | Kentwood/Crystal Springs |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Sales Representation Agreement |
| | State the term remaining | |
| | List the contract number of any government contract | Lisa Swienton<br>8812 Frey Road<br>Houston, TX 77034 |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Sales Representation Agreement |
| | State the term remaining | |
| | List the contract number of any government contract | Mike Mayer<br>8812 Frey Road<br>Houston, TX 77034 |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Month to Month |
| | List the contract number of any | NTS Communications<br>P O Box 10730<br>Lubbock, TX 79408-3730 |

Debtor 1   __XtraLight Manufacturing, Ltd._____     Case number (*if known*)   __18-31857-H1-11__
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract _____   _____

| | | | |
|---|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Service Agreement dated 3/14/2014, Employer Service Agreement, COBRA Services Agreement, Full Service Garnishment Support Services Agreement** | |
| | State the term remaining | | **Paycom Payroll, LLC d/b/a PAYCOM 7501 W Memorial Rd Oklahoma City, OK 73142** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
| | State the term remaining | October 2018 | **Pitney Bowes 3001 Summer Street Stamford, CT 06926** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | 9/30/2018 | **Preferred Corporate Housing Estates at Eagle's Point 36062 Beale Court Peru, IN 46970** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Leases - 2 corporate housing** | |
| | State the term remaining | 7/01/2018 | **Preferred Corporate Housing The Avenue at Nicholasville 801 E Brannon Road Nicholasville, KY 40356** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representation Agreement** | |
| | State the term remaining | | **Richard Shirley 8812 Frey Road Houston, TX 77034** |
| | List the contract number of any government contract | | |

Debtor 1  **XtraLight Manufacturing, Ltd.**                                         Case number (*if known*)  18-31857-H1-11

     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representation Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ron Gilcrease**<br>**8812 Frey Road**<br>**Houston, TX 77034** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreements** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached Exhibit G-1 for Employees** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **December 2018** | |
| | List the contract number of any government contract | | **Southeast Business Systems**<br>**202 Market St**<br>**Hammond, LA 70401** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Statesman Business Advisors**<br>**1900 West Loop S**<br>**Houston, TX 77056** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **Tiger Shredding**<br>**6307 Quinn Drive**<br>**Baton Rouge, LA 70817** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Occupancy Agreement Term Sheet** | |
|---|---|---|---|
| | State the term remaining | **9/21/2018** | **Travelers Haven**<br>**5115 North Socrum Loop Road**<br>**Lakeland, FL 33809** |

Debtor 1   **XtraLight Manufacturing, Ltd.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)　**18-31857-H1-11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any
　　government contract　　　_____

| | | | |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Occupancy Agreement Term Sheet** | |
| | State the term remaining | **9/05/2018** | |
| | List the contract number of any government contract | | **Travelers Haven 7816 Mayfaire Crest Lane Raleigh, NC 27615** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Occupancy Agreement Term Sheet** | |
| | State the term remaining | **9/14/2018** | |
| | List the contract number of any government contract | | **Travelers Haven 4740 West Atlantic Blvd. Pompano Beach, FL 33063** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement with Utility Metering Solutions for premises located at 7200 Falls of Neuse Road, Raleigh, NC 27615, consisting of 26,280 rentable square feet.** | |
| | State the term remaining | **April 30, 2019** | **Urben Properties 1, LLC and 4318 Medical Park Drive, LLC c/o Urben Commercial Properties 7200 Falls of Neuse Road, Suite 303 Raleigh, NC 27615** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
| | State the term remaining | | **Xtralight Manufacturing Ltd. d/b/a Uitlity Metering Solutions** |
| | List the contract number of any government contract | | |

**XtraLight Manufacturing, Ltd.**
**EXHIBIT G-1  Employee Contracts**

LINDSAY ANZALONE
MICHAEL D ARNOLD
JOSEPH BADERA
ASHLEY BARADO
SARA BARDWELL
BENJAMIN BERTENS
CALVIN BROWN
ADAM M CARROLL
COALTER CURRAN
BLAKE A DAVIS
LANCE DAVIS
ASHLEY FRANCIS
RONALD GILCREASE
CODY HAYES
ANA V HERNANDEZ
ANTHONY HUME
VYOMARK JOSHI
WILL KIDDER
LINCOLN KILPATRICK
RITA E KIMBRELL
NORMAN KIRBY
ALLEN KIRK
THOMAS W LANDRY
ADRIANNE LATTIMORE
KASEY LENCH
DAVID A LUTHER
MICHAEL MAYER
KENNETH M MCALPIN
GREGORY MCCALLA
BARRY MELVIN
JOEY A MITCHELL
MARITZA J MORALES
DAVID NAPIER
PAUL FRANK OLAH
JENNA ONEILL
HARRY L PATERSON
ROBERT PATTERSON
MICHAEL RENNER
KIMBERLY RENNER
JAMES WILLIAM RICE
RICHARD K SHIRLEY
JAVIER SILVA LUCIO
JAMES E SMITH

RICHARD SPENCER
LAWRENCE P STRYK
DONNA SWIENTON
RUSSELL SWITZER
JOSEPH THOMSON
HEATHER THRIFT
AMULYA VEGESNA
ANNA VIEBAG
KRISTINA WOODRUFF
NIKAI ZHANG
STEPHEN M ZOZULA

**Fill in this information to identify the case:**

Debtor name __XtraLight Manufacturing, Ltd.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __18-31857-H1-11__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                  *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | JERRY H CAROOM | D/B/A X-TRA LIGHT SERVICES<br>8812 FREY ROAD<br>HOUSTON, TX 77034 | BBVA COMPASS BANK | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **XtraLight Manufacturing, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   18-31857-H1-11

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑  *Schedule H: Codebtors* (Official Form 206H)
☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2018**                    X _____
                                                          Signature of individual signing on behalf of debtor

                                                          **Jerry Caroom**
                                                          Printed name

                                                          **President and Manager of XLM Management, LLC, Debtor's General Partner**
                                                          Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy