IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-31857 |
| | § | |
| XTRALIGHT MANUFACTURING, LTD. | § | CHAPTER 11 |

### NOTICE OF APPEARANCE OF COUNSEL

Pursuant to the Texas Rules of Civil Procedure, Matt D. Manning makes his appearance as lead counsel for Creditor Compass Bank ("Compass"), and Compass requests notice of all pleadings, notices and orders filed in this matter be served upon Matt D. Manning, as attorney of record, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b).  All such notices should be addressed as follows:

**MATT D. MANNING**
State Bar No. 24070210
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, TX 77002
Telephone:  (713) 520-1900
Facsimile:  (713) 520-1025
mmanning@mcglinchey.com

Respectfully submitted,

By: */s/ Matt D. Manning*
   **MATT D. MANNING**
   State Bar No. 24070210
   **MCGLINCHEY STAFFORD**
   1001 McKinney, Suite 1500
   Houston, TX 77002
   Telephone:  (713) 520-1900
   Facsimile:  (713) 520-1025
   mmanning@mclginchey.com

   ***ATTORNEY FOR CREDITOR***
   ***COMPASS BANK***

570370.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2018, a true and correct copy of the foregoing has been served upon all counsel of record and parties via the Court's ECF E-Filing System.

/s/ Matt D. Manning
Matt D. Manning

570370.1