UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-31857 |
|---|---|---|---|
| Debtor | In Re: | XtraLight Manufacturing, Ltd. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | Rudy J. Cerone, Esq. |
| Firm | McGlinchey Stafford, PLLC |
| Street | 601 Poydras St, Ste 1200 |
| City & Zip Code | New Orleans, LA 70130 |
| Telephone | (504) 596-2786 |
| Licensed: State & Number | LA 14137 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| | Compass Bank |
| Dated: 4/12/18 | Signed: *[signature]* |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____ | |
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice.*

Dated: _____    _____
                                            United States Bankruptcy Judge