UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-31857 |
|---|---|---|---|
| Debtor | In Re: | XtraLight Manufacturing, Ltd. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Richard A. Aguilar, Esq.<br>McGlinchey Stafford, PLLC<br>601 Poydras St, Ste 1200<br>New Orleans, LA 70130<br>(504) 596-2884<br>LA 17439 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| | Compass Bank |
| Dated: 4/12/18 | Signed: _Richard A. Aguilar_ |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                              United States Bankruptcy Judge