UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-31857 |
|---|---|---|---|
| Debtor | In Re: | XtraLight Manufacturing, Ltd. | |

This lawyer, who is admitted to the State Bar of _____ Louisiana _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Brad J. Axelrod, Esq.<br>McGlinchey Stafford, PLLC<br>601 Poydras St, Ste 1200<br>New Orleans, LA 70130<br>(504) 596-2884<br>LA 24286 |
|---|---|

Seeks to appear as the attorney for this party:

| | Compass Bank |
|---|---|
| Dated: 4/12/18 | Signed: _/s/ Brad Axelrod_ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                United States Bankruptcy Judge