

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/12/2018

| | |
|---|---|
| IN RE: § | |
| XTRALIGHT MANUFACTURING, LTD.; § | CASE NO: 18-31857 |
| fdba XTRA LIGHT MANUFACTURING § | |
| PARTNERSHIP, LTD.; fdba X-TRA § | |
| LIGHT MANUFACTURING, INC.; dba § | |
| UTILITY METERING SOLUTIONS § | |
|    Debtor(s) § | |
| § | CHAPTER 11 |

### INTERIM ORDER AUTHORIZING POST PETITION USE OF CASH COLLATERAL AND POST PETITION DEBTOR-IN-POSSESSION FINANCING

For the reasons set forth in the first day motions and declarations, the Court orders:

1. XtraLight Manufacturing, Ltd. (the "Debtor") is authorized to use cash collateral in the ordinary course of business pursuant to the terms and conditions set forth in Exhibit "4" and in accordance with the budget attached as Exhibit "A".

2. Compass Bank is granted a superpriority claim and lien pursuant to 11 U.S.C. § 507(b) to the extent of any diminishment in the value of its collateral as a consequence of the use of cash collateral as authorized by this Order.

3. The Debtor is authorized to make draws on its line of credit with Compass Bank in accordance with Exhibit 4, admitted at a hearing on this date. The Debtor's obligation to repay any such draws made on or after April 11, 2018, less any repayments made on or after April 11, 2018, will constitute a post-petition administrative obligation. The Debtor's repayment obligation in the immediately preceding sentence is secured by a lien on all of the Debtor's assets to the extent set forth in Exhibit 4.

4. The Debtor must provide all reports to Compass Bank as are proposed in Exhibit 4.

5. Not later than 11:59 p.m. on April 16, 2018, the Debtor and Compass Bank must submit a proposed order that more fully documents the obligations that are outlined in this Order. Upon entry of a new order by the Court, the new order will control and supersede this order. If the parties fail to timely submit a new proposed order, this Order will govern pending an emergency hearing. The emergency hearing may be requested at any time by any party.

6. A final hearing on the motion to authorize post-petition borrowing, filed at ECF No. 5, will be on May 3, 2018 at 2:00 p.m.

SIGNED **April 12, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE