UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| XTRALIGHT MANUFACTURING, | § | Case No. 18-31857 |
| LTD. | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

**PLEASE TAKE NOTICE** that Diamond McCarthy LLP ("Diamond McCarthy"), counsel for Jerry Caroom ("Caroom") and Cay Capital, LLC ("Cay Capital"), file this Notice of Appearance Pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and request that Diamond McCarthy receive copies of all pleadings filed or noticed by any party pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Notice of Appearance, copies should be sent as follows:

Christopher R. Murray
Diamond McCarthy LLP
909 Fannin, Suite 3700
Houston, TX 77010
Telephone:  713-333-5100
Facsimile:  713-333-5199
cmurray@diamondmccarthy.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Caroom and Cay Capital do not intend that this Notice of Appearance, or any later appearance or pleading, be deemed or construed to be a waiver of their right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs or recoupments to which they are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Caroom and Cay Capital expressly reserve.

Dated: April 20, 2018.

DIAMOND MCCARTHY LLP

*/s/ Christopher R. Murray*
Christopher R. Murray
cmurray@diamondmccarthy.com
909 Fannin, Suite 3700
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199

*Attorneys for Jerry Caroom and Cay Capital, LLC*

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically by the Court's ECF System on all parties registered to receive such service on the 20th day of April 2018.

                                      */s/ Christopher R. Murray*