IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| XTRALIGHT MANUFACTURING, LTD., | § | CASE NO. 18-31857 |
| | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

## NOTICE OF TELEPHONIC HEARING

Please take notice that the Court has set a telephonic hearing on each of the following pleadings for May 8, 2018 at 4:30 p.m., before the Honorable Marvin Isgur, United States Bankruptcy Court, Southern District of Texas, Courtroom 400, 515 Rusk, 4th Floor, Houston, Texas 77002. DIAL IN NUMBER 1-712-775-8925.

1. Debtor's Emergency Motion for Order (I) Authorizing Debtor to Furnish Cash Deposit for Adequate Assurance of Utility Service Under 11 U.S.C. § 366, and (II) Prohibiting Utility Companies from Discontinuing Services [Doc. No. 63]; and,

2. Debtor's Emergency Motion to Pay Sales Representatives Commissions [Doc. No. 64].

DATED:  May 7, 2018

{111881/00001/01223381.DOCX 1 }

Respectfully submitted,

HOOVER SLOVACEK LLP

By: ___/s/ Deirdre Carey Brown_
DEIRDRE CAREY BROWN
brown@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
*Proposed Counsel to the Debtors and Debtors in Possession*

OF COUNSEL:

HOOVER SLOVACEK LLP
MELISSA A. HASELDEN
State Bar No. 00794778
haselden@hooverslovacek.com
EDWARD L. ROTHBERG
State Bar No. 17313990
rothberg@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395
*Proposed Counsel to the Debtors and Debtors in Possession*

# CERTIFICATE OF SERVICE

This certifies that on May 7, 2018, this *Notice of Telephonic Hearing* was served via the Court's electronic case filing notification system on the parties listed below:

Richard A Aguilar on behalf of Creditor Compass Bank
raguilar@mcglinchey.com, aparnell@mcglinchey.com

Brad J Axelrod on behalf of Creditor Compass Bank
baxelrod@mcglinchey.com

Rudy Cerone on behalf of Creditor Compass Bank
rcerone@mcglinchey.com, lgraff@mcglinchey.com

John P Dillman on behalf of Creditor Harris County
Houston_bankruptcy@publicans.com

Jonathon D Friedmann on behalf of Interested Party Aaron Daniel Gadd
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Anthony Norman
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Cheryl Robinson
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Christian Howell
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party David M. Wendowski
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Derrick Davies
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Diann Stafford
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Drew Taylor Frenette
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Herbert Wilkinson
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Israel Aponte
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jack Rose
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jacyn Norfleet
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jamil Gimenez
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jay Lavey
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jeremy A. Gonsalves
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party John Marco Ramos
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Joseph Manual Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Julian Joseph Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Julian P. Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Kyle Chevalier
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Lino Grau
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Manuel Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Martin Thomas Forhan
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Matthew Lisowski
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Natanael Aaragon-Martinez
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Thomas J. Gamble
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Timothy Greenwell
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party William H. Boushell
jfriedmann@rflawyers.com

Matt D Manning on behalf of Creditor Compass Bank
mmanning@mcglinchey.com,
mdmecf@gmail.com;trostron@mcglinchey.com;sajohnson@mcglinchey.com

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Christopher R Murray on behalf of Interested Party Cay Capital, LLC
cmurray@diamondmccarthy.com,
cburrow@diamondmccarthy.com;jsauceda@diamondmccarthy.com

Christopher R Murray on behalf of Interested Party Jerry Caroom
cmurray@diamondmccarthy.com,
cburrow@diamondmccarthy.com;jsauceda@diamondmccarthy.com

Brendetta Anthony Scott on behalf of Debtor XtraLight Manufacturing, Ltd.
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com,seamster@hooverslovacek.com

Adam Shafran on behalf of Interested Party Aaron Daniel Gadd
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Anthony Norman
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Cheryl Robinson
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Christian Howell
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party David M. Wendowski
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Derrick Davies
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Diann Stafford
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Drew Taylor Frenette
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Herbert Wilkinson
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Israel Aponte
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jack Rose
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jacyn Norfleet
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jamil Gimenez
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jay Lavey
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jeremy A. Gonsalves
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party John Marco Ramos
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Joseph Manual Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Julian Joseph Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Julian P. Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Kyle Chevalier
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Lino Grau
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Manuel Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Martin Thomas Forhan
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Matthew Lisowski
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Natanael Aaragon-Martinez
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Thomas J. Gamble
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Timothy Greenwell
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party William H. Boushell
ashafran@rflawyers.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts
john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

*/s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN