IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> XTRALIGHT MANUFACTURING, § <br> LTD., § <br> § <br> DEBTOR. § <br> **Debtor's Emergency Motion for Order** § <br> **(I) Authorizing Debtor to Furnish Cash** § <br> **Deposit for Adequate Assurance of** § <br> **Utility Service Under 11 U.S.C. § 366,** § <br> **and (II) Prohibiting Utility Companies** § <br> **from Discontinuing Services** § <br> **[Doc. No. 63]** § <br> § <br> **Debtor's Emergency Motion to Pay** § <br> **Sales Representatives Commissions** § <br> **[Doc. No. 64]** § <br> § | CASE NO.  18-31857 <br><br> Chapter 11 <br><br><br> JUDGE MARVIN ISGUR <br><br><br> HEARING DATE <br> MAY 8, 2018 <br> 4:30 P.M. |

## DEBTOR'S EXHIBIT AND MAY CALL WITNESS LIST

XtraLight Manufacturing, Ltd. ("XtraLight"), Debtor herein, submit the following Exhibit and Witness List.

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | List of Monthly Utilities, Exhibit A to Emergency Motion for Order (I) Authorizing Debtor to Furnish Cash Deposit for Adequate Assurance of Utility Service Under 11 U.S.C. §366, and (II) Prohibiting Utility Companies from Discontinuing Services [Doc. No. 63-1] | | | | |
| 2. | Utility Letters sent on April 27, 2018, Exhibit B to Emergency Motion for Order (I) Authorizing Debtor to Furnish Cash Deposit for Adequate Assurance of Utility Service Under 11 U.S.C. §366, and (II) Prohibiting Utility Companies from Discontinuing Services [Doc. No. 63-2] | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 3. | Pre-Petition Commissions Due, Exhibit A to Debtor's Emergency Motion to Pay Sales Representatives Commissions [Doc. No. 64-1] | | | | |
| 4. | Sales Representative Agreement, Exhibit B to Debtor's Emergency Motion to Pay Sales Representatives Commissions [Doc. No. 64-2] | | | | |
| | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date | | | | |
| | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses | | | | |
| | Any additional exhibits used for demonstrative purposes only | | | | |

Debtor incorporates in the Exhibit List the pleadings and other papers filed in these bankruptcy cases, and other court filings, as permitted by the rules and applicable authority, including Federal Rules of Evidence Rule 201.  Debtor further reserves the right to introduce or rely upon any exhibit designated by any party and to introduce any exhibit, document, or information to rebut or impeach any statement or testimony.

### DEBTOR'S MAY CALL WITNESS LIST

1. Harry Paterson of XtraLight Manufacturing;
2. Any witness called by another party; and
3. Any witness necessary for rebuttal or impeachment.

DATED:  May 7, 2018

        Respectfully submitted,

        HOOVER SLOVACEK LLP

        By: */s/ Deirdre Carey Brown*
        Deirdre Carey Brown
        State Bar No. 24049116
        brown@hooverslovacek.com
        5051 Westheimer, Suite 1200
        Houston, Texas 77056
        Telephone: 713.977.8686
        Facsimile:  713.977.5395

        *Proposed Counsel to the Debtor and Debtor in Possession*

OF COUNSEL:

HOOVER SLOVACEK LLP
MELISSA A. HASELDEN
State Bar No. 00794778
haselden@hooverslovacek.com
EDWARD L. ROTHBERG
State Bar No. 17313990
rothberg@hooverslovacek.com
5051 Westheimer, Suite 1200
Houston, Texas 77056
Telephone: 713.977.8686
Facsimile:  713.977.5395

*Proposed Counsel to the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

      This certifies that on May 7, 2018, *Debtor's Exhibit and May Call Witness List* was served via the Court's electronic case filing notification system on the parties listed below:

**Case No. 18-31857-H1-11**

Richard A Aguilar on behalf of Creditor Compass Bank
raguilar@mcglinchey.com, aparnell@mcglinchey.com

Brad J Axelrod on behalf of Creditor Compass Bank
baxelrod@mcglinchey.com

Deirdre Carey Brown on behalf of Debtor XtraLight Manufacturing, Ltd.

brown@hooverslovacek.com,
skerrett@hooverslovacek.com;deirdrecbrown@yahoo.com;brown.hsllp@gmail.com;bankruptcy1@hooverslovacek.com

Rudy Cerone on behalf of Creditor Compass Bank
rcerone@mcglinchey.com, lgraff@mcglinchey.com

John P Dillman on behalf of Creditor Harris County
Houston_bankruptcy@publicans.com

Jonathon D Friedmann on behalf of Interested Party Aaron Daniel Gadd
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Anthony Norman
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Cheryl Robinson
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Christian Howell
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party David M. Wendowski
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Derrick Davies
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Diann Stafford
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Drew Taylor Frenette
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Herbert Wilkinson
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Israel Aponte
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jack Rose
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jacyn Norfleet
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jamil Gimenez
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jay Lavey
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Jeremy A. Gonsalves
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party John Marco Ramos
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Joseph Manual Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Julian Joseph Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Julian P. Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Kyle Chevalier
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Lino Grau
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Manuel Azevedo
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Martin Thomas Forhan
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Matthew Lisowski
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Natanael Aaragon-Martinez
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Thomas J. Gamble
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party Timothy Greenwell
jfriedmann@rflawyers.com

Jonathon D Friedmann on behalf of Interested Party William H. Boushell

jfriedmann@rflawyers.com

Melissa Anne Haselden on behalf of Debtor XtraLight Manufacturing, Ltd.
Haselden@hooverslovacek.com,
haseldenbankruptcy@gmail.com,bankruptcy1@hooverslovacek.com,phelan@hooverslovacek.com,seamster@hooverslovacek.com

Matt D Manning on behalf of Creditor Compass Bank
mmanning@mcglinchey.com,
mdmecf@gmail.com;trostron@mcglinchey.com;sajohnson@mcglinchey.com

Christine A March on behalf of U.S. Trustee US Trustee
christine.a.march@usdoj.gov

Christopher R Murray on behalf of Interested Party Cay Capital, LLC
cmurray@diamondmccarthy.com,
cburrow@diamondmccarthy.com;jsauceda@diamondmccarthy.com

Christopher R Murray on behalf of Interested Party Jerry Caroom
cmurray@diamondmccarthy.com,
cburrow@diamondmccarthy.com;jsauceda@diamondmccarthy.com

Brendetta Anthony Scott on behalf of Debtor XtraLight Manufacturing, Ltd.
scott@hooverslovacek.com,
phelan@hooverslovacek.com,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com,seamster@hooverslovacek.com

Adam Shafran on behalf of Interested Party Aaron Daniel Gadd
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Anthony Norman
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Cheryl Robinson
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Christian Howell
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party David M. Wendowski
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Derrick Davies
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Diann Stafford

ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Drew Taylor Frenette
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Herbert Wilkinson
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Israel Aponte
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jack Rose
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jacyn Norfleet
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jamil Gimenez
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jay Lavey
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Jeremy A. Gonsalves
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party John Marco Ramos
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Joseph Manual Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Julian Joseph Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Julian P. Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Kyle Chevalier
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Lino Grau
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Manuel Azevedo
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Martin Thomas Forhan
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Matthew Lisowski
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Natanael Aaragon-Martinez
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Thomas J. Gamble
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party Timothy Greenwell
ashafran@rflawyers.com

Adam Shafran on behalf of Interested Party William H. Boushell
ashafran@rflawyers.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts
john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

        /s/ *Deirdre Carey Brown*
        Deirdre Carey Brown